Kenneth I. Schacter
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED and TREMONT PARTNERS INC., <br><br> Defendants. | 09 Civ. 00557 (RJS) <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Massachusetts Mutual Life Insurance Company ("MassMutual") states that it has no parent corporation. Since MassMutual is a mutual insurance

company, there is no MassMutual stock and therefore no publicly held corporation owns MassMutual stock.

Dated: New York, New York.　　　　　　　　**BINGHAM McCUTCHEN LLP**
　　　　February 2, 2009

　　　　　　　　　　　　　　　　　　　　By: s/ Kenneth I. Schacter
　　　　　　　　　　　　　　　　　　　　　　Kenneth I. Schacter
　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022-4689
　　　　　　　　　　　　　　　　　　　　　　Tel.: 212.705.7000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  212.752.5378
　　　　　　　　　　　　　　　　　　　　　　kenneth.schacter@bingham.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Massachusetts Mutual Life Insurance*
　　　　　　　　　　　　　　　　　　　　　　*Company*

A/72833563.1/0801677-0000336801