Kenneth I. Schacter
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

 **UNITED STATES DISTRICT COURT**
 **SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    -against-<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED and TREMONT PARTNERS INC.,<br><br>                    Defendants. | 09 Civ. 00557 (RJS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant

Massachusetts Mutual Life Insurance Company in the above-captioned action.

A/72833574.1/0801677-0000336801

Dockets.Justia.com

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Kenneth I. Schacter
> BINGHAM McCUTCHEN LLP
> 399 Park Avenue
> New York, NY 10022

Dated: New York, New York
February 2, 2009

**BINGHAM McCUTCHEN LLP**

By: s/ Kenneth I. Schacter
Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
Tel: 212.705.7000
Fax: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance*
*Company*

A/72833574.1/0801677-0000336801