Frances S. Cohen
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110
Telephone: 617.951.8000
Facsimile: 617.951.8736
frances.cohen@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         -against-<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED and TREMONT PARTNERS INC.,<br><br>                              Defendants. | 09 Civ. 00557 (RJS)<br><br>**NOTICE OF APPEARANCE** |

           PLEASE TAKE NOTICE that Frances S. Cohen, an attorney admitted to practice before

this Court, hereby appears as counsel for defendant Massachusetts Mutual Life Insurance

Company in the above-captioned action.

A/72833586.1/0801677-0000336801

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Frances S. Cohen
>BINGHAM McCUTCHEN LLP
>One Federal Street
>Boston, MA 02110

Dated: New York, New York
February 2, 2009

**BINGHAM McCUTCHEN LLP**

By: s/ Frances S. Cohen
Frances S. Cohen
One Federal Street
Boston, MA 02110
Telephone: 617.951.8000
Facsimile: 617.951.8736
frances.cohen@bingham.com

*Attorneys for Defendant
Massachusetts Mutual Life Insurance
Company*

A/72833586.1/0801677-0000336801