UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of   :
THE MAP TRUST, on Behalf of Itself and all   :
Others Similarly Situated,   :
  :                                          09 Civ. 00557 (RJS)
                                    Plaintiff,   :
  :
          v.   :
  :                                          **NOTICE OF APPEARANCE**
ARGUS INTERNATIONAL LIFE BERMUDA   :
LIMITED, ARGUS GROUP HOLDINGS   :
LIMITED, MASSACHUSETTS MUTUAL LIFE   :
INSURANCE CO., OPPENHEIMER   :
ACQUISITION CORPORATION, RYE   :
INVESTMENT MANAGEMENT, RYE SELECT   :
BROAD MARKET FUND L.P., RYE SELECT   :
BROAD MARKET INSURANCE PORTFOLIO,   :
LDC, TREMONT [BERMUDA] LIMITED,   :
TREMONT CAPITAL MANAGEMENT INC.,   :
TREMONT GROUP HOLDINGS, INC.,   :
TREMONT INTERNATIONAL INSURANCE   :
LIMITED and TREMONT PARTNERS INC.,   :
  :
                                    Defendants.   :
------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that William K. Dodds of the law firm of DECHERT LLP

hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., a

defendant in the above-captioned action, and that copies of all papers in this action are to be

served upon the undersigned at the address set forth below.

Dated: New York, New York
        February 3, 2009

                                        DECHERT LLP

                                        By: ___/s/ William K. Dodds_____
                                        William K. Dodds
                                        william.dodds@dechert.com
                                        1095 Avenue of the Americas
                                        New York, New York  10036
                                        Tel.: (212) 698-3500
                                        Fax: (212) 698-3599
                                        *Attorneys for Oppenheimer Acquisition Corp.*

13371869