UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of : 
THE MAP TRUST, on Behalf of Itself and all :
Others Similarly Situated, : 09 Civ. 00557 (RJS)
:
                              Plaintiff, :
:
       v. :
: **NOTICE OF APPEARANCE**
ARGUS INTERNATIONAL LIFE BERMUDA :
LIMITED, ARGUS GROUP HOLDINGS :
LIMITED, MASSACHUSETTS MUTUAL LIFE :
INSURANCE CO., OPPENHEIMER :
ACQUISITION CORPORATION, RYE :
INVESTMENT MANAGEMENT, RYE SELECT :
BROAD MARKET FUND L.P., RYE SELECT :
BROAD MARKET INSURANCE PORTFOLIO, :
LDC, TREMONT [BERMUDA] LIMITED, :
TREMONT CAPITAL MANAGEMENT INC., :
TREMONT GROUP HOLDINGS, INC., :
TREMONT INTERNATIONAL INSURANCE :
LIMITED and TREMONT PARTNERS INC., :
:
                           Defendants. :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that David A. Kotler of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., a defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: Princeton, New Jersey
       February 3, 2009

                                              DECHERT LLP

                                              By: __/s/ David A. Kotler_____
                                              David A. Kotler
                                              david.kotler@dechert.com
                                              902 Carnegie Center, Suite 500
                                              Princeton, New Jersey 08540
                                              Tel.: (609) 955-3200
                                              Fax: (609) 955-3259
                                              *Attorneys for Oppenheimer Acquisition Corp.*

13371870