UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of : 
THE MAP TRUST, on Behalf of Itself and all :
Others Similarly Situated, : 09 Civ. 00557 (RJS)
 :
       Plaintiff, :
 :
  v. :
 : **NOTICE OF APPEARANCE**
ARGUS INTERNATIONAL LIFE BERMUDA :
LIMITED, ARGUS GROUP HOLDINGS :
LIMITED, MASSACHUSETTS MUTUAL LIFE :
INSURANCE CO., OPPENHEIMER :
ACQUISITION CORPORATION, RYE :
INVESTMENT MANAGEMENT, RYE SELECT :
BROAD MARKET FUND L.P., RYE SELECT :
BROAD MARKET INSURANCE PORTFOLIO, :
LDC, TREMONT [BERMUDA] LIMITED, :
TREMONT CAPITAL MANAGEMENT INC., :
TREMONT GROUP HOLDINGS, INC., :
TREMONT INTERNATIONAL INSURANCE :
LIMITED and TREMONT PARTNERS INC., :
 :
       Defendants. :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Robert W. Topp of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., a defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
   February 3, 2009

              DECHERT LLP

              By: __/s/ Robert W. Topp_____
              Robert W. Topp
              robert.topp@dechert.com
              1095 Avenue of the Americas
              New York, New York 10036
              Tel.: (212) 698-3500
              Fax: (212) 698-3599
              *Attorneys for Oppenheimer Acquisition Corp.*