UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of : 
THE MAP TRUST, on Behalf of Itself and all :
Others Similarly Situated, : 09 Civ. 00557 (RJS)
:
                        Plaintiff, :
:
   v. :
: **CORPORATE**
ARGUS INTERNATIONAL LIFE BERMUDA : **DISCLOSURE STATEMENT**
LIMITED, ARGUS GROUP HOLDINGS :
LIMITED, MASSACHUSETTS MUTUAL LIFE :
INSURANCE CO., OPPENHEIMER :
ACQUISITION CORPORATION, RYE :
INVESTMENT MANAGEMENT, RYE SELECT :
BROAD MARKET FUND L.P., RYE SELECT :
BROAD MARKET INSURANCE PORTFOLIO, :
LDC, TREMONT [BERMUDA] LIMITED, :
TREMONT CAPITAL MANAGEMENT INC., :
TREMONT GROUP HOLDINGS, INC., :
TREMONT INTERNATIONAL INSURANCE :
LIMITED and TREMONT PARTNERS INC., :
:
                        Defendants. :

------------------------------------------------------------ x

Pursuant to Fed. R. Civ. P. 7.1, Oppenheimer Acquisition Corp. ("OAC") states that MassMutual Holding LLC is the parent company of OAC and owns approximately 98 percent of the outstanding shares of OAC common stock. No publicly held corporation owns 10% or more of OAC's stock.

Dated: New York, New York
       February 3, 2009

                                  DECHERT LLP

                                  By: __/s/ William K. Dodds_____
                                  William K. Dodds
                                  william.dodds@dechert.com
                                  1095 Avenue of the Americas
                                  New York, New York 10036
                                  Tel.: (212) 698-3500
                                  Fax: (212) 698-3599
                                  *Attorneys for Oppenheimer Acquisition Corp.*

13371873