Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 10

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE SULLIVAN

# UNITED STATES DISTRICT COURT

Southern District of New York

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,

V.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 09 CIV 00557

TO: (Name and address of Defendant)

MASSACHUSETTS MUTUAL LIFE INSURANCE CO.
1295 State Street
Springfield, Massachusetts 01111-001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel W. Krasner, Gregory Mark Nespole, Demet Basar, Gustavo Bruckner, Russell S. Miness
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within **thirty (30)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JAN 20 2009

CLERK                                  DATE

(By) DEPUTY CLERK

Dockets.Justia.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CHATEAU FIDUCIAIRE S.A. as TRUSTEE
of THE MAP TRUST, on Behalf of Itself and
all Others Similarly Situated,

         Plaintiff,

Case No. 09 CIV 00557
(Judge Sullivan)

    -against-

AFFIDAVIT OF SERVICE

ARGUS INTERNATIONAL LIFE
BERMUDA LIMITED, et al.,

         Defendants.
------------------------------------------------------X
STATE OF MASSACHUSETTS   )
         S.S.:
COUNTY OF HAMPDEN       )

    JUSTINE KANE, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.
    That on the 30th day of January, 2009, at approximately the time of 11:05 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon MASSACHUSETTS MUTUAL LIFE INSURANCE CO. at 1295 State Street, Springfield, MA, by personally delivering and leaving the same with JENNIFER GONCALVES who informed deponent that she is works in the Legal Department for that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

JENNIFER GONCALVES is a white female, approximately 30 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 120 pounds with brown hair.

*Justine Kane*
JUSTINE KANE
Constable

Sworn to before me this
16 day of February, 2009

*James M. Kane*
NOTARY PUBLIC

JAMES M. KANE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 18, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com