**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHATEAU FIDUCIARE S.A. as TRUSTEE
of THE MAP TRUST, on Behalf of Itself and
all Others Similarly Situated,

     Plaintiff,

  Case No.: '09 CIV 00557

  AFFIDAVIT OF SERVICE

     v.

ARGUS INTERNATIONAL LIFE BERMUDA
LIMITED, ET AL.

     Defendant.
----------------------------------------------------------------X

STATE OF NEW YORK )
       ) S.S.:
COUNTY OF NEW YORK )

  ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

  That on the 29th day of January, 2009, at approximately 12:15pm, deponent served true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS,** upon OPPENHEIMER ACQUISITION CORPORATION at 2 World Financial Center, New York, NY, by personally delivering and leaving the same with LORI E. BOSTROM, who informed deponent that she is a Vice President and Deputy General Counsel authorized by law to receive service at that address.

  Lori E. Bostrom is a white female, approximately 45 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with blonde hair and blue eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
5th day of February, 2009

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

# UNITED STATES DISTRICT COURT

Southern District of New York

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,

V.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 09 CIV 00557

TO: (Name and address of Defendant)

OPPENHEIMER ACQUISITION CORPORATION
2 World Financial Center,
New York, New York 10281

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel W. Krasner, Gregory Mark Nespole, Demet Basar, Gustavo Bruckner, Russell S. Miness
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within **thirty (30)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE JAN 20 2009

(By) DEPUTY CLERK