SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Michael H. Gruenglas
Susan L. Saltzstein
Seth M. Schwartz
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000

Attorneys for Defendant Tremont Group Holdings, Inc.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as Trustee of THE MAP TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED; ARGUS GROUP HOLDINGS LIMITED; MASSACHUSETTS MUTUAL LIFE INSURANCE CO.; OPPENHEIMER ACQUISITION CORPORATION; RYE INVESTMENT MANAGEMENT; RYE SELECT BROAD MARKET FUND L.P.; RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC; TREMONT [BERMUDA] LIMITED; TREMONT CAPITAL MANAGEMENT INC.; TREMONT GROUP HOLDINGS, INC.; TREMONT INTERNATIONAL INSURANCE LIMITED; and TREMONT PARTNERS INC.,<br><br>Defendants. | Civil Action No. 09-00557 (RJS)<br><br>ECF Case |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, Plaintiff, through its counsel, filed a class action complaint (the "Complaint") against the defendants in the above-referenced matter (collectively the "Defendants," and individually a "Defendant") on or about January 20, 2009.

WHEREAS, to date, several class action complaints have been filed in this Court against certain of the Defendants, including: (1) <u>Arthur E. Lange and Arthur C. Lange v. Massachusetts Mutual Life Insurance Company, et al.</u>, No. 08 Civ. 11117 (SHS) (filed on or about 12/22/08); (2) <u>Arthur M. Brainson IRA R/O v. Rye Select Broad Market Fund, LP, et al.</u>, No. 08 Civ. 11212 (RMB) (filed on or about 12/23/08); (3) <u>Richard Peshkin v. Tremont Group Holdings, Inc., et al.</u>, No. 08 Civ. 11183 (RMB) (filed on or about 12/23/08); (4) <u>Yvette Finkelstein v. Tremont Group Holdings, Inc., et al.</u>, No. 08 Civ. 11141 (SWK) (filed on or about 12/22/08); and (5) <u>Group Defined Pension Plan & Trust v. Tremont Market Neutral Fund, LP, et al.</u>, No. 08 Civ. 11359 (UA) (the foregoing five actions together with this action collectively referred to herein as the "Actions").

WHEREAS, on January 21, 2009, defendant Tremont Group Holdings, Inc. ("TGH") submitted a letter to the Court, pursuant to Rule 15 of the Rules for the Division of Business among District Judges, requesting (1) that the five prior pending Actions be assigned to the Honorable Sidney H. Stein, "the judge having the case with the lowest docket number," and (2) that upon transfer the five Actions be consolidated or coordinated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (the "Motion").

WHEREAS, in order to avoid the unnecessary expenditure of effort by the parties and the Court prior to the determination of the Motion, the parties have agreed, subject to

2

the Court's approval, to extend each Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, this is the first extension of Defendants' time to respond to the Complaint.

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including, but not limited to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants, or any challenge that the Complaint should not be consolidated or coordinated with the other Actions or subject to transfer with any other action pursuant to Rule 15.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Subject to the terms and conditions of any Order on the Motion, each Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint shall be extended to the later of the following: (a) 60 days from the date on which the Court determines TGH's request that the prior pending Actions be assigned to the Honorable Sidney H. Stein pursuant to Rule 15 of the Rules for the Division of Business among District Judges, or (b) 60 days from the date on which the Court determines TGH's request that the prior pending Actions be consolidated or coordinated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the Court determines 1(a) and 1(b) on the same date, each Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint shall be 60 days from the date of such determination.

Dated: February 4, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Michael H. Gruenglas

Michael H. Gruenglas
(Michael.Gruenglas@skadden.com)
Susan L. Saltzstein
Seth M. Schwartz
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Attorneys for Tremont Group Holdings, Inc.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

/s/

Daniel W. Krasner
Gregory Mark Nespole
Demet Basar
Gustavo Bruckner
Russell S. Miness
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Attorneys for Plaintiff

**IT IS SO ORDERED:**

DATED: Feb 8, 2009

/s/ J.S.D.J.

4