UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

| | |
|---|---|
| CHATEAU FIDUCIAIRE S.A. as TRUSTEE of the MAP TRUST, on Behalf of Itself and All Others Similarly Situated : : : : : Plaintiff, : : v. : : ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, : ARGUS GROUP HOLDINGS LIMITED, : MASSACHUSETTS MUTUAL LIFE INSURANCE CO., : OPPENHEIMER ACQUISITION CORP., RYE : INVESTMENT MANAGEMENT, RYE SELECT BROAD : MARKET FUND, L.P., RYE SELECT BROAD MARKET : INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC. Defendants. | Case No. 09-cv-00557 (RJS) ECF CASE **NOTICE OF APPEARANCE** |

-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Jamie B.W. Stecher, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants RYE SELECT BROAD MARKET FUND, L.P. and RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC in the above-referenced action and demands copies of all notices and papers served in connection with the above

referenced action.

Dated: New York, New York
February 12, 2008

                                                  TANNENBAUM HELPERN
                                                  SYRACUSE & HIRSCHTRITT LLP

                                                 By:_____/s/ Jamie B.W. Stecher____
                                                      Jamie B.W. Stecher

                                                900 Third Avenue
                                                New York, New York 10022
                                                (212) 508-6700
                                                *Attorneys for Defendants*
                                                *Rye Select Broad Market Fund, L.P. and*
                                                *Rye Select Broad Market Insurance*
                                                *Portfolio, LDC*