UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
CHATEAU FIDUCIAIRE S.A. as TRUSTEE of the MAP : 
TRUST, on Behalf of Itself and All Others Similarly : Case No. 09-cv-00557 (RJS)
Situated :
: ECF CASE
                      Plaintiff, :
: **RULE 7.1 STATEMENT**
            v. :
:
ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, :
ARGUS GROUP HOLDINGS LIMITED, :
MASSACHUSETTS MUTUAL LIFE INSURANCE CO., :
OPPENHEIMER ACQUISITION CORP., RYE :
INVESTMENT MANAGEMENT, RYE SELECT BROAD :
MARKET FUND, L.P., RYE SELECT BROAD MARKET :
INSURANCE PORTFOLIO, LDC, TREMONT
[BERMUDA] LIMITED, TREMONT CAPITAL
MANAGEMENT INC., TREMONT GROUP HOLDINGS
INC., TREMONT INTERNATIONAL INSURANCE
LIMITED, and TREMONT PARTNERS INC.

                      Defendants.
------------------------------------------------------------------------- x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants RYE SELECT BROAD MARKET FUND, L.P. ("Broad Market") and RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC ("Broad Market Insurance") certifies as follows:

        1.    Broad Market has no corporate parent and no corporation that is publicly held and traded on a U.S. exchange owns 10% or more of its stock.

        2.    Broad Market Insurance has no corporate parent and no corporation that is publicly

held and traded on a U.S. exchange owns 10% or more of its stock.

Dated: New York, New York
February 12, 2009

        TANNENBAUM HELPERN
        SYRACUSE & HIRSCHTRITT LLP

        By: /s/ Jamie B.W. Stecher
           Jamie B.W. Stecher
           George F. du Pont
           David J. Kanfer
           Alex G. Patchen

        900 Third Avenue
        New York, New York 10022
        (212) 508-6700
        *Attorneys for Defendants*
        *Rye Select Broad Market Fund, L.P. and*
        *Rye Select Broad Market Insurance*
        *Portfolio, LDC*