UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x
CHATEAU FIDUCIAIRE S.A. as TRUSTEE of the MAP TRUST, on Behalf of Itself and All Others Similarly Situated :

                              Plaintiff,

               v.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.

                              Defendants.
---------------------------------------------------------------------------- x

Case No. 09-cv-00557 (RJS)

ECF CASE

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that George F. duPont, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants RYE SELECT BROAD MARKET FUND, L.P. and RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC in the above-referenced action and demands copies of all notices and papers served in connection with the above

Dockets.Justia.com

referenced action.

Dated: New York, New York
February 12, 2008

                                      TANNENBAUM HELPERN
                                      SYRACUSE & HIRSCHTRITT LLP

                                      By:_____/s/ George F. duPont____
                                            George F. duPont

                                      900 Third Avenue
                                      New York, New York 10022
                                      (212) 508-6700
                                      *Attorneys for Defendants*
                                      *Rye Select Broad Market Fund, L.P. and*
                                      *Rye Select Broad Market Insurance*
                                      *Portfolio, LDC*