UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

CHATEAU FIDUCIAIRE S.A. as TRUSTEE of the MAP :
TRUST, on Behalf of Itself and All Others Similarly :   Case No. 09-cv-00557 (RJS)
Situated :
:   ECF CASE
                Plaintiff, :
:   **NOTICE OF APPEARANCE**
:
        v. :
:
ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, :
ARGUS GROUP HOLDINGS LIMITED, :
MASSACHUSETTS MUTUAL LIFE INSURANCE CO., :
OPPENHEIMER ACQUISITION CORP., RYE :
INVESTMENT MANAGEMENT, RYE SELECT BROAD :
MARKET FUND, L.P., RYE SELECT BROAD MARKET :
INSURANCE PORTFOLIO, LDC, TREMONT
[BERMUDA] LIMITED, TREMONT CAPITAL
MANAGEMENT INC., TREMONT GROUP HOLDINGS
INC., TREMONT INTERNATIONAL INSURANCE
LIMITED, and TREMONT PARTNERS INC.

              Defendants.

------------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that David J. Kanfer, an attorney duly admitted to practice

before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby

appears on behalf of Defendants RYE SELECT BROAD MARKET FUND, L.P. and RYE

SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC in the above-referenced action

and demands copies of all notices and papers served in connection with the above

referenced action.

Dated: New York, New York
February 12, 2008

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By:_____/s/ David J. Kanfer_____
David J. Kanfer

900 Third Avenue
New York, New York 10022
(212) 508-6700
*Attorneys for Defendants*
*Rye Select Broad Market Fund, L.P. and*
*Rye Select Broad Market Insurance*
*Portfolio, LDC*