UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

| | |
|---|---|
| CHATEAU FIDUCIAIRE S.A. as TRUSTEE of the MAP TRUST, on Behalf of Itself and All Others Similarly Situated | : Case No. 09-cv-00557 (RJS) : : ECF CASE |
| Plaintiff, | : : **NOTICE OF APPEARANCE** |
| v. | : : |
| ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORP., RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND, L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC. | : : : : : : : |
| Defendants. | |

-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Alex G. Patchen, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendants RYE SELECT BROAD MARKET FUND, L.P. and RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC in the above-referenced action and demands copies of all notices and papers served in connection with the above

referenced action.

Dated: New York, New York
February 12, 2008

                                    TANNENBAUM HELPERN
                                    SYRACUSE & HIRSCHTRITT LLP

                                By: _____/s/ Alex G. Patchen
                                      Alex G. Patchen

                                900 Third Avenue
                                New York, New York 10022
                                (212) 508-6700
                                *Attorneys for Defendants*
                                *Rye Select Broad Market Fund, L.P. and*
                                *Rye Select Broad Market Insurance*
                                *Portfolio, LDC*