USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,

Plaintiff,

v.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,

Defendants.

09 Civ. 00557 (RJS)

**ORDER ADMITTING COUNSEL PRO HAC VICE**

Upon the motion of Kenneth I. Schacter, attorney for Massachusetts Mutual Life Insurance Company ("MassMutual") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

>Joseph L. Kociubes
>Bingham McCutchen LLP
>One Federal Street
>Boston, MA 02110-1726
>Telephone: (617) 951-8000
>Fax: (617) 951-8736
>Email: joe.kociubes@bingham.com

is admitted to practice pro hac vice as counsel for MassMutual in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/20/09

_____
United States District Judge

A/72840445.1