UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Chateau Fiduciaire S.A.

       Plaintiff,

       09 CIVIL 557 (RJS)

  -against-

Argus International Life Bermuda Limited, et al.
       Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Russell Stuart Miness__

☐ **Attorney**

 ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RM-7129__

 ☐ I am a Pro Hac Vice attorney

 ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

 From: __Mayer Brown LLP__

 To: __Wolf Haldenstein Adler Freeman & Herz LLP__

 ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐  *Address:* __270 Madison Avenue, New York, NY 10016__

☐  *Telephone Number:* __212.545.4600__

☐  *Fax Number:* __212.545.4653__

☐  *E-Mail Address:* __miness@whafh.com__

Dated: 2/5/09