Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,

    Plaintiff,

v.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,

    Defendants.

---

09 Civ. 00557 (RJS)

**NOTICE OF MOTION FOR ADMISSION OF MITCHELL H. KAPLAN, PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Kenneth I. Schacter, Massachusetts Mutual Life Insurance Company ("MassMutual") will move this Court before the Honorable Richard J. Sullivan of the United States District Court for the Southern District of

New York, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 1.3(c) of the Local Rules of this Court admitting Mitchell H. Kaplan of the law firm of Choate, Hall & Stewart, LLP for the purpose of appearing as counsel for MassMutual, pro hac vice.

>Mitchell H. Kaplan
>Choate, Hall & Stewart, LLP
>Two International Place
>Boston, MA 02110
>Telephone: (617) 248-5000
>Fax: (617) 248-4000

Dated: New York, New York.
March 10, 2009

**BINGHAM MCCUTCHEN LLP**

By: _____
Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
212.705.7000
*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance*
*Company*

Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,<br><br>    Defendants. | 09 Civ. 00557 (RJS)<br><br>**AFFIDAVIT OF KENNETH I. SCHACTER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
        ) ss:
County of New York )

    **KENNETH I. SCHACTER**, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Bingham McCutchen LLP, counsel for Massachusetts Mutual Life Insurance Company ("MassMutual") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of MassMutual's motion to admit Mitchell H. Kaplan as counsel pro hac vice to represent MassMutual in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mitchell H. Kaplan is a member of the firm of Choate, Hall & Stewart, LLP. Mr. Kaplan is admitted to practice law in the Commonwealth of Massachusetts. A Certificate of Good Standing from Massachusetts is attached as Exhibit A.

4. I believe Mitchell H. Kaplan to be a skilled attorney who is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Mitchell H. Kaplan and respectfully submit a proposed order granting the admission of Mitchell H. Kaplan, pro hac vice, which is attached hereto.

**WHEREFORE** it is respectfully requested that the motion to admit Mitchell H. Kaplan, pro hac vice, to represent MassMutual in the above captioned matter, be granted.

_____
Kenneth I. Schacter

Subscribed and sworn to before me
this 10th day of March, 2009.

_____
Notary Public

DAVID MARCUS
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires Oct. 20, 2010

-2-

A/72840432.1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twelfth** day of **January** A.D. **1977**, said Court being the highest Court of Record in said Commonwealth:

## Mitchell H. Kaplan

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twentieth** day of **February** in the year of our Lord **two thousand and nine.**

*MAURA S. DOYLE,* Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,<br><br>Defendants. | 09 Civ. 00557 (RJS)<br><br>**ORDER ADMITTING COUNSEL PRO HAC VICE** |

Upon the motion of Kenneth I. Schacter, attorney for Massachusetts Mutual Life Insurance Company ("MassMutual") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

      Mitchell H. Kaplan
      Choate, Hall & Stewart, LLP
      Two International Place
      Boston, MA 02110
      Telephone: (617) 248-5000
      Fax:      (617) 248-4000
      Email:   mkaplan@choate.com

is admitted to practice pro hac vice as counsel for MassMutual in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

                                                      United States District Judge

# CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury that on March 10, 2009 I caused the annexed Notice of Motion for Pro Hac Vice Admission to be served by First Class Mail on the following:

Gregory M. Nespole, Esq.
Wolf Halderstein Adler Freeman & Herz
270 Madison Avenue,
New York, NY 10016

William K. Dodds. Esq.
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036

David J. Kanfer, Esq.
Talisman, Rudin & DeLorenz P.C.
499 Fulton Street
Brooklyn, NY 11201

David A. Kotler, Esq.
Dechert, LLP
902 Carnegie Center
Princeton, NJ 08540

Robert W. Topp, Esq.
Dechert, LLP
P.O. Box 5218
902 Carnegie Center
Princeton, NJ 08540

Alex G. Patchen, Esq.
George F. Dupont, Esq.
Tannenbaum Helpern Syracuse
& Hirschritt LLP
900 Third Avenue
New York, NY 10022

Dated: New York, New York
March 10, 2009

_David Marcus_