UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of       :
THE MAP TRUST, on Behalf of Itself and all     :
Others Similarly Situated,                    :

                 Plaintiff,          :       09 CIV 557 (RJS)

        -against-               :

ARGUS INTERNATIONAL LIFE BERMUDA     :
LIMITED, *et al.*,                         :       **NOTICE OF APPEARANCE**

                 Defendants.        :
                                                :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that David S. Brown, from the firm of Morrison & Foerster

LLP, hereby appears as counsel of record for Defendants Argus Group Holdings Limited and

Argus International Life Bermuda Limited ("Defendants") in this action. Defendants reserve all

defenses or objections to the jurisdiction or venue of this court, and this appearance in no way

waives any such rights.

Dated: New York, New York
       March 13, 2009           MORRISON & FOERSTER LLP

                           By:     s/ David S. Brown

                           Jack C. Auspitz (jausptiz@mofo.com)
                           Joel C. Haims (jhaims@mofo.com)
                           David S. Brown (dbrown@mofo.com)
                           Michael Gerard (mgerard@mofo.com)
                           1290 Avenue of the Americas
                           New York, NY 10104-0050
                           212.468.8000

                           *Attorneys for Defendants Argus Group Holdings*
                           *Limited and Argus International Life Bermuda Limited*

ny-861983