UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of
THE MAP TRUST, on Behalf of Itself and all
Others Similarly Situated,

                           Plaintiff,                          09 CIV 557 (RJS)

                          -against-

ARGUS INTERNATIONAL LIFE BERMUDA                **NOTICE OF APPEARANCE**
LIMITED, *et al.*,

                           Defendants.

------------------------------------------------------------x

        PLEASE TAKE NOTICE that Michael Gerard, from the firm of Morrison & Foerster LLP, hereby appears as counsel of record for Defendants Argus Group Holdings Limited and Argus International Life Bermuda Limited ("Defendants") in this action. Defendants reserve all defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated: New York, New York
          March 13, 2009        MORRISON & FOERSTER LLP

                                      By:    s/ Michael Gerard

                                  Jack C. Auspitz (jausptiz@mofo.com)
                                  Joel C. Haims (jhaims@mofo.com)
                                  David S. Brown (dbrown@mofo.com)
                                  Michael Gerard (mgerard@mofo.com)
                                  1290 Avenue of the Americas
                                  New York, NY 10104-0050
                                  212.468.8000

                                  *Attorneys for Defendants Argus Group Holdings*
                                  *Limited and Argus International Life Bermuda Limited*