UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of
THE MAP TRUST, on Behalf of Itself and all
Others Similarly Situated,

                Plaintiff,    09 CIV 557 (RJS)

      -against-

ARGUS INTERNATIONAL LIFE BERMUDA    NOTICE OF APPEARANCE
LIMITED, *et al.*,

               Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that Joel C. Haims, from the firm of Morrison & Foerster LLP, hereby appears as counsel of record for Defendants Argus Group Holdings Limited and Argus International Life Bermuda Limited ("Defendants") in this action. Defendants reserve all defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated: New York, New York
       March 13, 2009      MORRISON & FOERSTER LLP

                              By:   s/ Joel C. Haims

                              Jack C. Auspitz (jausptiz@mofo.com)
                              Joel C. Haims (jhaims@mofo.com)
                              David S. Brown (dbrown@mofo.com)
                              Michael Gerard (mgerard@mofo.com)
                              1290 Avenue of the Americas
                              New York, NY 10104-0050
                              212.468.8000

                              *Attorneys for Defendants Argus Group Holdings*
                              *Limited and Argus International Life Bermuda Limited*

ny-861981