**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/17/09_

CHÂTEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP
TRUST, on Behalf of Itself and all Others Similarly Situated,

Plaintiff,

v.

ARGUS INTERNATIONAL LIFE BERMUDA LIMITED,
ARGUS GROUP HOLDINGS LIMITED,
MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,
OPPENHEIMER ACQUISITION CORPORATION, RYE
INVESTMENT MANAGEMENT, RYE SELECT BROAD
MARKET FUND L.P., RYE SELECT BROAD MARKET
INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA]
LIMITED, TREMONT CAPITAL MANAGEMENT INC.,
TREMONT GROUP HOLDINGS, INC., TREMONT
INTERNATIONAL INSURANCE LIMITED, and
TREMONT PARTNERS INC.,

Defendants.

09 Civ. 00557 (RJS)

**ORDER ADMITTING COUNSEL
PRO HAC VICE**

Upon the motion of Kenneth I. Schacter, attorney for Massachusetts Mutual Life Insurance

Co. ("MassMutual") and the respective affidavit in support,

**IT IS HEREBY ORDERED** that

Mitchell H. Kaplan
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Fax:          (617) 248-4000
Email:      mkaplan@choate.com

is admitted to practice pro hac vice as counsel for MassMutual in the above captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this Court are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 17, 2009

_Thomas P. Griesa_
United States District Judge

A/72865008.1/0999991-0000981001