UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| This Document Relates To:<br><br>Insurance Action, No. 09 Civ. 557 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/6/09 |

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al   Doc. 37

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that Oppenheimer Acquisition Corp. ("Defendant") received a copy of the complaint in The Harriet Rutter Klein Revocable Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2253, and The Matthew L. Klein Irrevocable Family Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2254 (collectively, the "Klein Trust Actions"), both of which have been consolidated for pretrial proceedings into the above-referenced Insurance Action pursuant to this Court's Order dated March 26, 2009. (Master Dkt. 44.)

**IT IS FURTHER STIPULATED AND AGREED** that Defendant agrees to save the cost of serving summonses in the Klein Trust Actions by not requiring that they be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. The Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summonses or in the service of the

summonses.

Dated: March 31, 2009

DECHERT LLP

By: *[signature]*
William Kennedy Dodds
Robert W. Topp
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

David Adam Kotler
Dechert LLP
902 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 955-3226
Facsimile: (609) 955-3259

**Attorneys for Defendant – Oppenheimer Acquisition Corp.**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: *[signature]*
Daniel W. Krasner
Gregory Mark Nespole
Demet Basar
Gustavo Bruckner
Russell S. Miness
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**Interim Co-Lead Counsel for Plaintiffs**

SO ORDERED: April 6, 2009

*[signature]* Thomas P. Griesa
U.S.D.J.

2