UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| This Document Relates To:<br><br>Insurance Action, No. 09 Civ. 557 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/6/09 |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT, INC., TREMONT GROUP HOLDINGS, INC., and TREMONT PARTNERS, INC. (collectively, the "Tremont Defendants") received a copy of the complaint in The Harriet Rutter Klein Revocable Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2253, and The Matthew L. Klein Irrevocable Family Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2254 (collectively, the "Klein Trust Actions"), both of which have been consolidated for pretrial proceedings into the above-referenced Insurance Action pursuant to this Court's Order dated March 26, 2009.

**IT IS FURTHER STIPULATED AND AGREED** that the Tremont Defendants agree to save the cost of serving summonses in the Klein Trust Actions by not requiring that they be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. The Tremont Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summonses or in

the service of the summonses.

Dated: March 31, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Seth M. Schwartz
William J. O'Brien
Timothy Loper
Four Times Square
New York, NY 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Attorneys for the Tremont Defendants**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner
Gregory Mark Nespole
Demet Basar
Gustavo Bruckner
Russell S. Miness
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**Interim Co-Lead Counsel for Plaintiffs**

SO ORDERED: _April 6_, 2009

_____
U.S.D.J.

2