UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| This Document Relates To:<br><br>Insurance Action, No. 09 Civ. 557 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/6/09 |

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 39

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that KPMG LLP ("Defendant") received a copy of the complaint in The Harriet Rutter Klein Revocable Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2253, and The Matthew L. Klein Irrevocable Family Trust v. Tremont Group Holdings, Inc., et al., No. 09 Civ. 2254 (collectively, the "Klein Trust Actions"), both of which have been consolidated for pretrial proceedings into the above-referenced Insurance Action pursuant to this Court's Order dated March 26, 2009. (Master Dkt. 44.)

**IT IS FURTHER STIPULATED AND AGREED** that Defendant agrees to save the cost of serving summonses in the Klein Trust Actions by not requiring that they be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. The Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summonses or in the service of the

summonses.

Dated: March 31, 2009

                        **Howrey LLP**

                        By: _/s/ Corey Worcester_
                              Corey Worcester

                        153 East 53rd Street
                        New York, NY 10022
                        Telephone: (212) 896-6500
                        Facsimile: (212) 896-6501

                        **Attorneys for Defendant – KPMG LLP**

                        **WOLF HALDENSTEIN ADLER**
                        **FREEMAN & HERZ LLP**

                        By: _/s/_
                            Daniel W. Krasner
                            Gregory Mark Nespole
                            Demet Basar
                            Gustavo Bruckner
                            Russell S. Miness
                        270 Madison Avenue
                        New York, NY 10016
                        Telephone: (212) 545-4600
                        Facsimile: (212) 545-4653

                        **Interim Co-Lead Counsel for Plaintiffs**

SO ORDERED: April 6, 2009

                        _/s/ Thomas P. Griesa_
                              U.S.D.J.