UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>Insurance Action, No. 09 Civ. 557 | Master File No: 08 Civ. 11117 (TPG) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/09

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that RYE INVESTMENT

MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., and RYE SELECT BROAD

MARKET INSURANCE PORTFOLIO, LDC, (collectively, the "Rye Funds" or "Defendants")

received a copy of the complaint in The Harriet Rutter Klein Revocable Trust v. Tremont Group

Holdings, Inc., et al., No. 09 Civ. 2253, and The Matthew L. Klein Irrevocable Family Trust v.

Tremont Group Holdings, Inc., et al., No. 09 Civ. 2254 (collectively, the "Klein Trust Actions"),

both of which have been consolidated for pretrial proceedings into the above-referenced

Insurance Action pursuant to this Court's Order dated March 26, 2009. (Master Dkt. 44.)

**IT IS FURTHER STIPULATED AND AGREED** that the Rye Funds Defendants agree

to save the cost of serving summonses in the Klein Trust Actions by not requiring that they be

served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil

Procedure. The Rye Funds Defendants will retain all defenses or objections to the lawsuit or to

the jurisdiction or venue of the Court except for objections based on a defect in the summonses

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al                          Doc. 40

or in the service of the summonses.

Dated: March 31, 2009

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
George F. du Pont
Alex G. Patchen
Jamie B.W. Stecher
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 937-3621

**Attorneys for the Rye Funds Defendants**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner
Gregory Mark Nespole
Demet Basar
Gustavo Bruckner
Russell S. Miness
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**Interim Co-Lead Counsel for Plaintiffs**

SO ORDERED: April 6, 2009

_____
Thomas P. Griesa
U.S.D.J.

2