UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No: 08 Civ. 11117 (TPG) |
| This Document Relates To:<br>Insurance Action, No. 09 Civ. 557 | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/09

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that Ernst & Young LLP ("Defendant") received a copy of the complaint in <u>The Harriet Rutter Klein Revocable Trust v. Tremont Group Holdings, Inc., et al.</u>, No. 09 Civ. 2253, <u>The Matthew L. Klein Irrevocable Family Trust v. Tremont Group Holdings, Inc., et al.</u>, No. 09 Civ. 2254, and in <u>The Geoffrey Rabie Credit Shelter Trust v. Tremont Group Holdings, Inc., et al.</u>, 09 Civ. 1466 (collectively, the "Klein Trust and Geoffrey Rabie Actions"), all three of which have been consolidated for pretrial proceedings into the above-referenced Insurance Action pursuant to this Court's Order dated March 26, 2009. (Master Dkt. 44.)

**IT IS FURTHER STIPULATED AND AGREED** that Defendant agrees to save the cost of serving summonses in the Klein Trust and Geoffrey Rabie Actions by not requiring that it be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. The Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summonses or in the service of the summonses.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall have no obligation to respond to the individual complaints filed in the Klein Trust and Geoffrey Rabie Actions, but shall respond on or before May 20, 2009 to the amended complaint scheduled to be filed by plaintiffs on or before April 20, 2009 in accordance with the schedule established by the Court.

Dated: April 3, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
Lawrence Jay Zweifach
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

**Attorneys for Defendant –
Ernst & Young LLP**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner
Gregory Mark Nespole
Demet Basar
Gustavo Bruckner
Russell S. Miness
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

and

2

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _Edward Y. Kroub_ with permission G.B.
David A. Rosenfeld
Samuel H. Rudman
Edward Y. Kroub
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

**Interim Co-Lead Counsel for Plaintiffs**

SO ORDERED: April 8, 2009

_Thomas P. Griesa_
U.S.D.J.

3