UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------x
                                          :
IN RE TREMONT SECURITIES LAW,             :   08 Civ. 11117 (TPG)
STATE LAW AND INSURANCE                   :
LITIGATION                                :   **MEMORANDUM**

------------------------------------------x
This Document Relates to:
Insurance Action, 09 Civ. 557
------------------------------------------x
```

Interim co-lead counsel for the putative plaintiff class in the Insurance Action shall submit their amended complaint by April 20, 2009. Defendants shall then submit their motions or answers by May 20, 2009.

Dated: New York, New York
       April 9, 2009

SO ORDERED

*[signature]*

Thomas P. Griesa
U.S.D.J.