**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.: 08 Civ.11117 (TPG) |
| This Document Relates to: State Law Action, 08 Civ. 11183 | **NOTICE OF PARTIAL DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff John F. Keane, Jr. hereby voluntarily dismisses, without prejudice, all claims that he makes in his complaint in his now-consolidated action (*Keane v. Tremont Group Holdings, Inc.* – 09 Civ. 1396) against Defendant BDO Seidman L.L.P. Plaintiff Keane does not dismiss any other claims in his action.

Dated: April 14, 2009

By his attorneys,

   /s/ Robert E. Ditzion
Thomas G. Shapiro (tshapiro@shulaw.com) (*pro hac vice*)
Edward F. Haber (ehaber@shulaw.com) (*pro hac vice*)
Michelle H. Blauner (mblauner@shulaw.com) (*pro hac vice*)
Robert E. Ditzion (rditzion@shulaw.com) (*pro hac vice*)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939

Klari Neuwelt (KNeuwelt@aol.com) (SDNY Bar Code: KN-5631)
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY 10022
Tel: (212) 593-8800

Edward T. Dangel III (tdangel@danmatllp.com)
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114
Tel: (617) 557-4800