THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This document relates to: Insurance Actions 09 Civ. 557 | 08 Civ. 11117 (TPG)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of William H. Narwold, attorney for Plaintiff F. Daniel Prickett in Docket No. 08 Civ. 11117, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court, IT IS HEREBY ORDERED that

> Applicant's Name: John C. Duane
>
> Firm Name: Motley Rice LLC
>
> Address: 28 Bridgeside Blvd.
>
> City/State/Zip: Mount Pleasant, SC 29464
>
> Phone Number: 843-216-9000
>
> Fax Number: 843-216-9430

is admitted to practice pro hac vice as counsel for the above-referenced Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: May 5, 2009

_____
The Honorable Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 46