# MEMO ENDORSED

## JORDEN BURT

175 POWDER FOREST DRIVE
SUITE 301
SIMSBURY, CT 06089-9658
(860) 392-5000
FAX: (860) 392-5058

1025 THOMAS JEFFERSON STREET, N.W.
SUITE 400 EAST
WASHINGTON, D.C. 20007-5208
(202) 965-8100
FAX: (202) 965-8104

777 BRICKELL AVENUE
SUITE 500
MIAMI, FL 33131-2803
(305) 371-2600
FAX: (305) 372-9928

Thomas J. Finn
Direct Dial: 860-392-5008
Email: tjf@jordenusa.com

May 7, 2009

**VIA FACSIMILE (212-805-7908)**

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/09

   Re:

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 47

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Case No. 08-cv-11117(TPG) |
| | Hon. Thomas P. Griesa |
| This Document Relates to: Insurance Action No. 09 Civ. 557 | Dated: May 7, 2009 |

Dear Judge Griesa:

   We represent defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively "New York Life") in *Prickett v. Massachusetts Holding, LLC, et al.*, which has been consolidated and is pending in the above referenced matter. Pursuant to the Court's Individual Practices, section 1.E., we are writing to request a thirty-day

# JORDEN BURT

extension of time (through and including June 8, 2009) for New York Life to file its response to Plaintiff F. Daniel Prickett's Complaint (the "Complaint").

The original due date for New York Life's response to the Complaint is Thursday, May 7, 2009 (*see* Dkt. No. 1, case no. 1:09-cv-3173).[1] No previous extension of this due date has been sought by New York Life, and no other scheduled dates are affected by this request. The reason this request is made is that New York Life requires another thirty-days to fully analyze the allegations of the Complaint and to properly prepare a response thereto.

Plaintiff's counsel, William Narwold of Motley Rice LLC, has graciously consented to the requested extension.

We respectfully request that the Court extend the date by which New York Life may submit its response to the Complaint until June 8, 2009.

Respectfully submitted,

*[signature]*

Thomas J. Finn

TJF/slw

213967v1

*Approved.*
*Thomas P. Griesa*
*USDJ*
*5/7/09*

---

[1] On May 1, 2009, the Court ordered case no. 1:09-cv-3173 closed and consolidated it with this Insurance Action.