Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al                                                    Doc. 53

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Case No. 08-cv-11117(TPG) |
| | Hon. Thomas P. Griesa |
| This Document Relates to: Insurance Action No. 09 Civ. 557 | Dated: May 13, 2009 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, New York Life Insurance Company and New York Life Insurance and Annuity Corporation, state as follows. Defendant New York Life Insurance Company has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Defendant New York Life Insurance and Annuity Corporation is a wholly owned subsidiary of New York Life Insurance Company.

Respectfully submitted,

By: ___/s/ Thomas J. Finn_____
Thomas J. Finn: TF7078
JORDEN BURT LLP
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089-9658
Telephone: (860) 392-5000
Facsimile: (860) 392-5058
E-mail: tjf@jordenusa.com

Attorneys for Defendants
New York Life Insurance Company
and New York Life Insurance and
Annuity Corporation

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2009, a copy of the foregoing Defendants', New York Life Insurance Company's and New York Life Insurance and Annuity Corporation's Unopposed Motion for Extension of Time was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Thomas J. Finn_____
Thomas J. Finn