# MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

Writer's Direct Contact
212.468.8238
JHaims@mofo.com

May 18, 2009

**BY FAX**

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
　for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

　　　Re:　*In re Tremont Securities Law, State Law and Insurance Litigation*
　　　　　No. 08-cv-11117 (TPG)

*This document relates to: Insurance Actions 09 civ 557*

Dear Judge Griesa:

We represent defendants Argus Group Holdings Limited and Argus International Life Bermuda Limited (collectively, the "Argus Defendants") in the Insurance Action, No. 09-cv-557 (TPG), one of the constituent class actions in the above-referenced Tremont litigations.

As reported during our teleconference with the Court this morning, the Argus Defendants have reached an agreement in principle to settle the Insurance Action with interim co-lead counsel for plaintiffs, Wolf Haldenstein Adler Freeman & Herz LLP and Coughlin Stoia Geller Rudman & Robbins LLP, subject to documentation and Court approval. Accordingly, we respectfully request, with the consent of interim co-lead counsel, that the Court stay the Argus Defendants' May 20, 2009 deadline to respond to plaintiffs' amended complaint and

*Approved.*
*Thomas P. Griesa*
*USDJ  5/18/09*

ny-871702

Dockets.Justia.com

**MORRISON | FOERSTER**

The Honorable Thomas P. Griesa
May 18, 2009
Page Two

any and all further proceedings in the Insurance Action against the Argus Defendants pending completion of the settlement process.

Respectfully submitted,

*[signature]*

Joel C. Haims

cc: Counsel of record (by fax)

ny-871702