UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re TREMONT SECURITIES LAW, STATE : Master Docket No. 08-Civ-11117(TPG)
LAW AND INSURANCE LITIGATION        :
                                    :
---------------------------------     :
                                    :
This Document Relates To:           : NOTICE OF APPEARANCE
                                    :
    INSURANCE ACTION, 09-Civ-557.    :
                                    :
                                    :
                                    :
                                    :
                                    :
                                    :
                                    :
---------------------------------------- x

TO: The Clerk of Court and All Parties of Record:

Please enter my appearance as counsel for Plaintiffs The Geoffrey Rabie Credit Shelter Trust and The Joanne Brenda Rabie Credit Shelter Trust, in the above-referenced action.

I certify that I am admitted to practice in this Court.

DATED: May 19, 2009
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD
EDWARD Y. KROUB

*s/ Edward Y. Kroub*
EDWARD Y. KROUB

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Interim Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2009, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*s/ Edward Y. Kroub*
EDWARD Y. KROUB