UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------x
In re TREMONT SECURITIES LAW, STATE :    Master Docket No. 08-Civ-11117(TPG)
LAW AND INSURANCE LITIGATION      :
                                  :
----------------------------------
                                  :
This Document Relates To:         :
                                  :
INSURANCE ACTION, 09-Civ-557,     :
------------------------------------------x
```

┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 5/20/09              │
└─────────────────────────────────┘

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiffs in the Insurance Action and defendants Argus Holdings Limited ("AGH") and Argus International Life Bermuda Limited ("Argus International," and, together with AGH, the "Argus Defendants") have reached an agreement in principle to settle the Insurance Action ("Settlement-in-Principle") subject to documentation and Court approval;

WHEREAS, the deadline for certain defendants to respond to plaintiffs' Consolidated Amended Class Action Complaint For Common Law Fraud, Breach of Fiduciary Duty, Negligent Misrepresentation, Gross Negligence, Unjust Enrichment, Aiding and Abetting, Injunctive Relief, Promissory Estoppel and Violations of New York General Business Law § 349 (the "Complaint") is May 20, 2009;

WHEREAS, on May 18, 2009, interim co-lead counsel for plaintiffs and counsel for the Argus Defendants informed the Court of the Settlement-in-Principle, and the Court stayed the Argus Defendants' May 20, 2009 deadline to respond to plaintiffs' Complaint and any and all further proceedings in the Insurance Action against the Argus Defendants pending completion of the settlement process;

Dockets.Justia.com

WHEREAS, upon documentation and approval, the Settlement-in-Principle contemplates, among other things, an assignment of claims for the benefit of plaintiffs by Argus International, and cooperation by Argus International in litigating the assigned claims;

WHEREAS, subject to documentation and approval of the Settlement-in-Principle, plaintiffs intend to file an amended complaint ("Amended Complaint"); and

WHEREAS, counsel for (a) defendants Tremont Group Holdings, Tremont Capital Management Inc., Tremont (Bermuda) Ltd., Tremont Partners, Inc., Rye Investment Management, and Robert Schulman (collectively, the "Tremont Defendants"); (b) defendants Rye Select Broad Market Fund L.P. and Rye Select Broad Market Insurance Portfolio, LDC ("Rye SBM Funds"); (c) defendant Oppenheimer Acquisition Corp. ("Oppenheimer"); (d) defendants MassMutual Holding LLC and MassMutual ("MassMutual"); (e) defendant KPMG LLP; (f) defendant Ernst & Young LLP; and (g) defendant Sandra L. Manzke (collectively, and together with Tremont International Insurance Limited ("TIIL"), "Defendants") have been advised of the foregoing,

NOW, THEREFORE, counsel for the undersigned parties, STIPULATE AND AGREE as follows:

1.      The May 20, 2009 deadline for certain Defendants to respond to plaintiffs' Complaint and any and all further proceedings in the Insurance Action are stayed pending plaintiffs' filing of an Amended Complaint;

2.      This Stipulation and Order is without prejudice to or waiver of any rights, arguments or defenses otherwise available to plaintiffs and Defendants in this action; and

3.      Ernst & Young LLP reserves its rights to seek relief from the Court, including but not limited to sanctions under Rule 11, if plaintiffs do not voluntarily dismiss all allegations against it in this case.

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By: _____
    Daniel W. Krasner
    Demet Basar
    Stacey T. Kelly
    270 Madison Avenue
    New York, NY 10016
    Phone: (212) 545-4600
    Fax: (212) 545-4653

*Interim Co-Lead Counsel for Plaintiffs*

**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP & AFFILIATES**

By: _____
    Seth M. Schwartz (seth.schwartz@skadden.com)
    William J. O'Brien
    (william.obrien@skadden.com)
    Timothy Loper (timothy.loper@skadden.com)
    Four Times Square
    New York, New York 10036
    Phone: (212) 735-3000
    Fax: (212) 735-2000/1

*Attorneys for Tremont Group Holdings, Tremont*
*Capital Management, Inc., Tremont (Bermuda)*
*Ltd., Tremont Partners, Inc., Rye Investment*
*Management and Robert Schulman*

**BINGHAM McCUTCHEN LLP**

By: _____
    Frances S. Cohen
    (frances.cohen@bingham.com)
    Kenneth I. Schacter
    (kenneth.schacter@bingham.com)
    One Federal Street
    Boston, MA 02110-1726
    Phone: (617) 951-8000
    Fax: (617) 951-8736

**COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**

By: *Edward Y. Kroub with*
    *permission* ~~DB~~
    Samuel H. Rudman
    David A. Rosenfeld
    Edward Y. Kroub
    58 South Service Road, Suite 200
    Melville, NY 11747
    Phone: (631) 367-7100
    Fax: (631) 367-1173

*Interim Co-Lead Counsel for Plaintiffs*

**TANNENBAUM HELPERN SYRACUSE &**
**HIRSCHTRITT LLP**

By: *Alex Patchen with permission* ~~DB~~
    Jamie B.W. Stecher (stecher@thshlaw.com)
    Alex Patchen (patchen@thshlaw.com)
    David Kanfer (kanfer@thshlaw.com)
    George F. du Pont (duPont@thshlaw.com)
    900 Third Avenue
    New York, New York 10022
    Phone: (212) 508-6700
    Fax: (212) 371-1084

*Attorneys for Rye Select Broad Market Fund L.P.,*
*and Rye Select Broad Market Insurance Portfolio*
*LDC*

**CHOATE HALL & STEWART LLP**

By: _____
    E. Macey Russell (mrussell@choate.com)
    Mitchell H. Kaplan (mkaplan@choate.com)
    Two International Place
    Boston, MA 02110
    Phone: (617) 248-5000
    Fax: (617) 248-4000

*Attorneys for MassMutual Holding LLC and*

3

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:_____
    Daniel W. Krasner
    Demet Basar
    Stacey T. Kelly
    270 Madison Avenue
    New York, NY 10016
    Phone: (212) 545-4600
    Fax: (212) 545-4653

*Interim Co-Lead Counsel for Plaintiffs*

**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP & AFFILIATES**

By:_____
    Seth M. Schwartz (seth.schwartz@skadden.com)
    William J. O'Brien
    (william.obrien@skadden.com)
    Timothy Loper (timothy.loper@skadden.com)
    Four Times Square
    New York, New York 10036
    Phone: (212) 735-3000
    Fax: (212) 735-2000/1

*Attorneys for Tremont Group Holdings, Tremont
Capital Management, Inc., Tremont (Bermuda)
Ltd., Tremont Partners, Inc., Rye Investment
Management and Robert Schulman*

**BINGHAM McCUTCHEN LLP**

By: _____
    Frances S. Cohen
    (frances.cohen@bingham.com)
    Kenneth I. Schacter
    (kenneth.schacter@bingham.com)
    One Federal Street
    Boston, MA 02110-1726
    Phone: (617) 951-8000
    Fax: (617) 951-8736

**COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**

By:_____
    Samuel H. Rudman
    David A. Rosenfeld
    Edward Y. Kroub
    58 South Service Road, Suite 200
    Melville, NY 11747
    Phone: (631) 367-7100
    Fax: (631) 367-1173

*Interim Co-Lead Counsel for Plaintiffs*

**TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP**

By:_____
    Alex Patchen (patchen@thshlaw.com)
    David Kanfer (kanfer@thshlaw.com)
    George F. du Pont (duPont@thshlaw.com)
    900 Third Avenue
    New York, New York 10022
    Phone: (212) 508-6700
    Fax: (212) 371-1084

*Attorneys for Rye Select Broad Market Fund L.P.,
and Rye Select Broad Market Insurance Portfolio
LDC*

**CHOATE HALL & STEWART LLP**

By: _____
    E. Macey Russell (mrussell@choate.com)
    Mitchell H. Kaplan (mkaplan@choate.com)
    Two International Place
    Boston, MA 02110
    Phone: (617) 248-5000
    Fax: (617) 248-4000

*Attorneys for MassMutual Holding LLC and*

3

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:_____

    Daniel W. Krasner
    Demet Basar
    Stacey T. Kelly
    270 Madison Avenue
    New York, NY 10016
    Phone: (212) 545-4600
    Fax: (212) 545-4653

    *Interim Co-Lead Counsel for Plaintiffs*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**

By:_____

    Seth M. Schwartz (seth.schwartz@skadden.com)
    William J. O'Brien
    (william.obrien@skadden.com)
    Timothy Loper (timothy.loper@skadden.com)
    Four Times Square
    New York, New York 10036
    Phone: (212) 735-3000
    Fax: (212) 735-2000/1

    *Attorneys for Tremont Group Holdings, Tremont Capital Management, Inc., Tremont (Bermuda) Ltd., Tremont Partners, Inc., Rye Investment Management and Robert Schulman*

**BINGHAM McCUTCHEN LLP**

By: *Frances S. Cohen /CEH*

    Frances S. Cohen
    (frances.cohen@bingham.com)
    Kenneth I. Schacter
    (kenneth.schacter@bingham.com)
    One Federal Street
    Boston, MA 02110-1726
    Phone: (617) 951-8000
    Fax: (617) 951-8736

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

By:_____

    Samuel H. Rudman
    David A. Rosenfeld
    Edward Y. Kroub
    58 South Service Road, Suite 200
    Melville, NY 11747
    Phone: (631) 367-7100
    Fax: (631) 367-1173

    *Interim Co-Lead Counsel for Plaintiffs*

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

By:_____

    Alex Patchen (patchen@thshlaw.com)
    David Kanfer (kanfer@thshlaw.com)
    George F. du Pont (duPont@thshlaw.com)
    900 Third Avenue
    New York, New York 10022
    Phone: (212) 508-6700
    Fax: (212) 371-1084

    *Attorneys for Rye Select Broad Market Fund L.P., and Rye Select Broad Market Insurance Portfolio LDC*

**CHOATE HALL & STEWART LLP**

By: *E. Macey Russell /CEH*

    E. Macey Russell (mrussell@choate.com)
    Mitchell H. Kaplan (mkaplan@choate.com)
    Two International Place
    Boston, MA 02110
    Phone: (617) 248-5000
    Fax: (617) 248-4000

    *Attorneys for MassMutual Holding LLC and*

3

<br>

Attorneys for MassMutual Holding LLC and
MassMutual
**DECHERT LLP**

By: _David A. Kotler_
    David A. Kotler (david.kotler@dechert.com)
    William K. Dodds
    (william.dodds@dechert.com)
    Robert W. Topp (robert.topp@dechert.com)
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: (212) 698-3500
    Fax: (212) 698-3599

Attorneys for Oppenheimer Acquisition Corp.

**GIBSON DUNN & CRUTCHER LLP**

By:_____
    Lawrence Zweifach
    (lzweifach@gibsondunn.com)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035

Attorneys for Defendant Ernst & Young LLP

MassMutual

**HOWREY LLP**

By:_____
    Gary Frederick Bendinger
    (BendingerG@howrey.com)
    Gregory Gil Ballard (BallardG@howrey.com)
    153 East 53rd Street
    New York, NY 10022
    Telephone: (212) 896-6500
    Facsimile: (212) 896-6501

Attorneys for Defendant KPMG LLP

**KOBRE & KIM LLP**

By:_____
    Benjamin O'Neil (benjamin.oneil@kobrekim.com)
    800 Third Avenue
    New York, New York 10022
    Tel: (212) 488-1200
    Fax: (212) 488-1220

Attorneys for Defendant Sandra Manzke

**IT IS SO ORDERED.**

DATED: _____

_____
U.S.D.J.

/545235

4

*Attorneys for MassMutual Holding LLC and
MassMutual*
**DECHERT LLP**

By: _____
    David A. Kotler (david.kotler@dechert.com)
    William K. Dodds
    (william.dodds@dechert.com)
    Robert W. Topp (robert.topp@dechert.com)
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: (212) 698-3500
    Fax: (212) 698-3599

*Attorneys for Oppenheimer Acquisition Corp.*

**GIBSON DUNN & CRUTCHER LLP**

By: _____
    Lawrence Zweifach
    (lzweifach@gibsondunn.com)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 351-4000
    Facsimile:  (212) 351-4035

*Attorneys for Defendant Ernst & Young LLP*

*MassMutual*

**HOWREY LLP**

By: _____
    Gary Frederick Bendinger
    (BendingerG@howrey.com)
    Gregory Gil Ballard (BallardG@howrey.com)
    153 East 53rd Street
    New York, NY 10022
    Telephone: (212) 896-6500
    Facsimile:  (212) 896-6501

*Attorneys for Defendant  KPMG LLP*

**KOBRE & KIM LLP**

By: _____
    Benjamin O'Neil (benjamin.oneil@kobrekim.com)
    800 Third Avenue
    New York, New York 10022
    Tel: (212) 488-1200
    Fax: (212) 488-1220

*Attorneys for Defendant Sandra Manzke*

**IT IS SO ORDERED.**

DATED: _____

_____
U.S.D.J.

/545235

4

*MassMutual*

*Attorneys for MassMutual Holding LLC and*
*MassMutual*
**DECHERT LLP**

**HOWREY LLP**

By: _____
    David A. Kotler (david.kotler@dechert.com)
    William K. Dodds
    (william.dodds@dechert.com)
    Robert W. Topp (robert.topp@dechert.com)
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: (212) 698-3500
    Fax: (212) 698-3599

By: _____
    Gary Frederick Bendinger
    (BendingerG@howrey.com)
    Gregory Gil Ballard (BallardG@howrey.com)
    153 East 53rd Street
    New York, NY 10022
    Telephone: (212) 896-6500
    Facsimile: (212) 896-6501

*Attorneys for Oppenheimer Acquisition Corp.*

*Attorneys for Defendant KPMG LLP*

**GIBSON DUNN & CRUTCHER LLP**

**KOBRE & KIM LLP**

By: _____
    Lawrence Zweifach
    (lzweifach@gibsondunn.com)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035

By: _____
    Jonathan D. Cogan
    (jonathan.cogan@kobrekim.com)
    800 Third Avenue
    New York, New York 10022
    Tel: (212) 488-1200
    Fax: (212) 488-1220

*Attorneys for Defendant Ernst & Young LLP*

*Attorneys for Defendant Sandra Manzke*

**IT IS SO ORDERED.**

DATED: _____

_____
U.S.D.J.

/545235

5

*Attorneys for MassMutual Holding LLC and*
*MassMutual*
**DECHERT LLP**

By: _____
David A. Kotler (david.kotler@dechert.com)
William K. Dodds
(william.dodds@dechert.com)
Robert W. Topp (robert.topp@dechert.com)
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Oppenheimer Acquisition Corp.*

**GIBSON DUNN & CRUTCHER LLP**

By: _____
Lawrence Zweifach
(lzweifach@gibsondunn.com)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant Ernst & Young LLP*

*MassMutual*

**HOWREY LLP**

By: _____
Gary Frederick Bendinger
(BendingerG@howrey.com)
Gregory Gil Ballard (BallardG@howrey.com)
153 East 53rd Street
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

*Attorneys for Defendant KPMG LLP*

**KOBRE & KIM LLP**

By: _____
Benjamin O'Neil (benjamin.oneil@kobrekim.com)
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Attorneys for Defendant Sandra Manzke*

**IT IS SO ORDERED.**

DATED: _May 20, 2008_

_____
U.S.D.J.

/545235

5