UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | : | Master File No.: 08 Civ. 11117 (TPG) |

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| This Document Relates to: Insurance Law Actions, 09 Civ. 0557 (TPG) (<u>F. Daniel Prickett v. Massachusetts Holding LLC et al.</u>, 09-civ-3137 (TPG)) | : | ECF Case Electronically Filed |

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING OF NOTICE OF TAG-ALONG ACTION
## WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Tremont Group Holdings, Inc., Tremont Partners, Inc. and Rye Investment Management, Inc. (collectively, "Tremont"), through their undersigned attorneys, hereby notify this Court that on May 21, 2009, Tremont filed a Notice of Tag-Along Action (the "Notice") with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") pursuant to Rule 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation for the action styled <u>F. Daniel Prickett v. Massachusetts Holding LLC et al.</u>, 09-civ-3137 (TPG). A copy of the Notice, without exhibits, is attached hereto as Exhibit A. Tremont further state as follows:

      1.      On March 19, 2009, Tremont filed a motion with the MDL Panel pursuant to 28 U.S.C. § 1407 to centralize fifteen actions (the "Actions") for consolidation and/or coordination for pretrial purposes in the United States District Court for the Southern District of New York. The complaints in each of the Actions arise out of each plaintiff's investments -- directly or indirectly -- in Tremont-managed hedge funds which invested fund assets with Bernard L. Madoff and his company, Bernard L. Madoff Investment Securities LLC ("BLMIS").

Through the various complaints filed, the named plaintiffs seek to hold Tremont (and others) liable for, among other things, failing to detect Madoff's Ponzi scheme.

2. On or about March 31, 2009, the "tag-along action" was filed in this Court where it is currently pending. This action is a potential "tag-along" action within the meaning of Rules 1.1 and 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as it involves common questions of fact with the Actions subject to Tremont's Section 1407 transfer motion pending before the MDL Panel. Like the Actions, this action arises out of the massive fraud committed by Madoff and the subsequent collapse of BLMIS and allegations that, <u>inter alia</u>, Tremont (and others) failed to detect Madoff's Ponzi scheme.

3. In light of the foregoing, Tremont filed the Notice requesting that the MDL Panel consider this action as part of the group of Actions subject to Tremont's Section 1407 transfer motion, which is scheduled to be heard on May 28, 2009.

Dated: May 21, 2009

> Respectfully submitted,
>
> SKADDEN, ARPS, SLATE,
>   MEAGHER & FLOM LLP
>
> By: \s\ Seth M. Schwartz
>   Seth M. Schwartz
>   seth.schwartz@skadden.com
>   Michael H. Gruenglas
>   Susan L. Saltzstein
>   William F. Clarke, Jr.
>   Four Times Square
>   New York, New York 10036-6522
>   (212) 735-3000
>
>   Attorneys for Defendants Tremont Group Holdings, Inc., Tremont Partners, Inc. and Rye Investment Management