UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates To: THE INSURANCE ACTION, 09 Civ. 557 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel W. Krasner of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters his appearance as counsel of record on behalf of plaintiffs Chateau Fiduciaire S.A. as Trustee of The Map Trust, The Harriet Rutter Klein Revocable Trust and The Matthew L. Klein Irrevocable Family Trust in the above captioned Insurance Action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
May 21, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner *(krasner@whafh.com)*
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

*Interim Co-Lead Counsel for Plaintiffs*

\545502

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2009, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                          /s/ Stacey T. Kelly
                                      STACEY T. KELLY

\545530