UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHATEAU FIDUCIAIRE S.A. as TRUSTEE of THE MAP TRUST, on Behalf of Itself and all others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ARGUS INTERNATIONAL LIFE BERMUDA LIMITED, ARGUS GROUP HOLDINGS LIMITED, MASSACHUSETTS MUTUAL LIFE INSURANCE CO., OPPENHEIMER ACQUISITION CORPORATION, RYE INVESTMENT MANAGEMENT, RYE SELECT BROAD MARKET FUND L.P., RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC, TREMONT [BERMUDA] LIMITED, TREMONT CAPITAL MANAGEMENT INC., TREMONT GROUP HOLDINGS, INC., TREMONT INTERNATIONAL INSURANCE LIMITED, and TREMONT PARTNERS INC.,<br><br>    Defendants. | CV 09 Civ. 00557 (RJS) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Mitchell H. Kaplan as counsel for the defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC.

/s/ Mitchell H. Kaplan
Mitchell H. Kaplan (BBO# 258940)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone No.: (617) 248-5000

Dated: May 26, 2009

4482648v1

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 26, 2009.

*/s/ Mitchell H. Kaplan*
Mitchell H. Kaplan

4482648v1