# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION )))) | Case No. 08-cv-11117 (TPG) |
| ) | Hon. Thomas P. Griesa |
| This Document Relates to: ) Insurance Action No. 09 Civ. 557 ) | Dated: May 18, 2009 |
| )) | |

## ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION

Upon the motion of Thomas J. Finn, attorney for the defendants NEW YORK LIFE INSURANCE COMPANY and NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION ("New York Life") and Thomas J. Finn's affidavit in support;

**IT IS HEREBY ORDERED** that

Jeffrey L. Williams
JORDEN BURT LLP
175 Powder Forest Drive
Suite 301
Simsbury, CT 06089-9658
Tel: (860) 392-5000
Fax: (860) 392-5058
jlw@jordenusa.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09
```

is admitted to practice pro hac vice as counsel for New York Life in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al     Doc. 63

Dated: May 27, 2009
New York, New York

_____
Thomas P. Griesa
United States District/Magistrate Judge