AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

In re Tremont Securities Law, State Law and Insurance Litigation

**APPEARANCE**

This Document Relates to:
Insurance Action, 09 Civ 557

Case Number: 1:08-cv-11117 (TPG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

F. Daniel Prickett

I certify that I am admitted to practice in this court.

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al        Doc. 70

6/4/2009
Date

*[signature]*
Signature

William H. Narwold — WN-1713
Print Name — Bar Number

Motley Rice LLC, 20 Church Street, 17th Floor
Address

Hartford — CT — 06103
City — State — Zip Code

(860) 882-1676 — (860) 882-1682
Phone Number — Fax Number

Dockets.Justia.com