UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

Docket No.: 08-CV-11117 (TPG)

This Document Relates to: State Law Actions
08 Civ. 11183 (TPG)

**DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4**

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Christopher Lometti**

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is CL-9124.

☒ **Law Firm/Government Agency Association**

    From: Schoengold Sporn Laitman & Lometti, P.C.

    To: Cohen Milstein Sellers & Toll PLLC,

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm.

☒ Address: 150 East 52nd Street, 30th Floor, New York, New York 10022

☒ Telephone Number: (212) 838-7797

☒ Fax Number: (212) 838-7745

☒ E-Mail Address: clometti@cohenmilstein.com

Dated: New York, New York
June 2, 2009

_____
Christopher Lometti

459718.1 1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Christopher Lometti, counsel for the Plaintiff, hereby certify that on June 4, 2009, I electronically filed a Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Christopher Lometti
Christopher Lometti

459718.1 1