Master Docket 08-civ-11117 (TPG)
This Document Relates to: 09-civ-557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
F. DANIEL PRICKETT,

                Plaintiff(s),

  -against-

MASSACHUSETTS HOLDING LLC, ET AL.,
                Defendant(s).
-----------------------------------------------------------X

CASE NO. 09 CV 3137

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 26th day of May, 2009, at approximately 2:18 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; JUDGE'S RULES and ECF RULES & INSTRUCTIONS** upon Rye Investment Management at 555 Theodore Fremd Avenue, Rye, New York 10580 by personally delivering and leaving the same with Margaret Felli, Office Manager, who is authorized by appointment to accept service.
      Margaret Felli is a white female, approximately 30 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 140 pounds, with medium length light brown hair and light eyes.

Sworn to before me this
29th day of May, 2009

                                            JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited

Dockets.Justia.com