## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates to:<br>Insurance Action No. 09 Civ. 557 | Master File No.: 08-cv-11117(TPG)<br><br>Hon. Thomas P. Griesa<br><br>ECF CASE/Electronically Filed<br><br>Dated: June 8, 2009 |

### DEFENDANTS' NEW YORK LIFE INSURANCE COMPANY'S AND NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Declaration of Jeffrey L. Williams and the exhibits attached thereto, and the Memorandum of Law submitted herewith, the Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation, by their counsel Jorden Burt LLP, will move this Court, before the Honorable Thomas P. Griesa, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order: (a) dismissing the Complaint of F. Daniel Prickett in its entirety pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure; and (b) for such other and further relief as the Court may deem just and proper.

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al                    Doc. 13

Respectfully submitted,

By: */s/ Jeffrey L. Williams*
Jeffrey L. Williams (admitted *pro hac vice*)
Thomas J. Finn: TF7078
Ben V. Seessel (admitted *pro hac vice*)
JORDEN BURT LLP
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089-9658
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

e-mail: jlw@jordenusa.com
e-mail: tjf@jordenusa.com
e-mail: bvs@jordenusa.com

Attorneys for Defendants
New York Life Insurance Company
and New York Life Insurance and
Annuity Corporation

214843