# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08-cv-11117(TPG) |
| | Hon. Thomas P. Griesa |
| | ECF CASE/Electronically Filed |
| This Document Relates to: Insurance Action No. 09 Civ. 557 | Dated: June 8, 2009 |

## CERTIFICATE OF SERVICE

Thomas J. Finn hereby certifies that on June 8, 2009, I caused true and correct copies of the following materials to be filed electronically through the Southern District of New York's CM/ECF system:

    a. Defendants' New York Life Insurance Company's and New York Life Insurance and Annuity Corporation's Notice of Motion to Dismiss.

    b. Defendants' New York Life Insurance Company's and New York Life Insurance and Annuity Corporation's Memorandum of Law in Support of Motion to Dismiss.

    c. Declaration of Jeffrey L. Williams.

/s/ Thomas J. Finn
Thomas J. Finn

214841

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al     Doc. 76

Dockets.Justia.com