AO 440 (Rev. 8/01) Summons in a Civil Action

Master Docket 08-civ-11117 (TPG)

This Document Relates to: 09-cv-557

# UNITED STATES DISTRICT COURT

Southern District of New York

F. Daniel Prickett

V.

Massachusetts Holding LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

09 CV 3137

JUDGE GARDEPHE

TO: (Name and address of Defendant)

TREMONT OPPORTUNITY FUND III, L.P.
1013 Centre Road
Wilmington, Delaware 19805-1297

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Narwold
Motley Rice LLC
20 Church Street, 17th Flr.
Hartford, CT 06103
(860) 882-1676

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 77

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR - 1 2009

CLERK

(By) DEPUTY CLERK

DATE

Dockets.Justia.com

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/22/2009 at 3:30 P.M. |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service was effectuated on Tremont Opportunity Fund III, L.P. by serving Mary Drummond, Managing Agent duly authorized to accept service, of the Corporation Service Company. Service was made at 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/23/2009
         Date                                      Signature of Server

2000 Pennsylvania Avenue, Suite 207, Wilmington, DE 19806
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.