IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No.:
08 Civ. 11117 (TPG)

------------------------------------------------x
This Document Relates to:
Insurance Action 09 Civ. 557 (TPG)
------------------------------------------------x
F. Daniel Prickett,

                Plaintiff,

v.

MASSACHUSETTS HOLDING LLC,
MASSACHUSETTS MUTUAL LIFE
INSURANCE CO., OPPENHEIMER
ACQUISITION CORP., NEW YORKLIFE
INSURANCE COMPANY, NEW YORK
LIFE INSURANCE AND ANNUITY
CORPORATION, RYE INVESTMENT
MANAGEMENT, RYE SELECT BROAD
MARKET PRIME FUND L.P., RYE SELECT
BROAD MARKET XL FUND L.P., RYE
SELECT BROAD MARKET INSURANCE
PORTFOLIO, LDC, TREMONT CAPITAL
MANAGEMENT, INC., TREMONT
OPPORTUNITY FUND III, L.P., TREMONT
(BERMUDA) LTD., TREMONT GROUP
HOLDINGS, INC., and TREMONT
PARTNERS, INC.,

                Defendants.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09

## STIPULATION AND PROPOSED ORDER

    WHEREAS, Plaintiff F. Daniel Prickett ("Plaintiff") filed his complaint on April 1, 2009;

WHEREAS, Defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively, "New York Life") filed their motion to dismiss on June 8, 2009;

WHEREAS, Plaintiff's opposition to such motion is due June 22, 2009;

WHEREAS, Plaintiff has requested from New York Life a thirty-day extension (through and including July 22, 2009) for Plaintiff to file his response to New York Life's motion to dismiss;

WHEREAS, this is Plaintiff's first request for an extension of time;

WHEREAS, no other scheduled dates are affected by this requested extension;

WHEREAS, Counsel for New York Life has consented to this extension;

THEREFORE, IT IS HEREBY AGREED THAT:

1) Plaintiff shall serve and file his memorandum in opposition to New York Life's motion to dismiss on or before July 22, 2009.

William H. Narwold (WN-1713) /JM (JM-3949)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

*Counsel for the Plaintiff*

Jeffrey L. Williams
JORDEN BURT LLP
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089-9658
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

*Counsel for Defendants
New York Life Insurance Company
And New York Life Insurance and*

*Annuity Corporation*

IT IS SO ORDERED.

*[signature: Thomas P. Griesa]*

Thomas P. Griesa, U.S.D.J.

Dated June 22, 2009