AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

In re Tremont Securities Law,
State Law and Insurance Litigation

**APPEARANCE**

This document relates to:
Insurance Action, 09 Civ 557

Case Number: 1:08-cv-11117 (TPG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

F. Daniel Prickett

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/7/2009 | [signature] |
| Date | Signature |
| | William S. Norton    WN-4551 |
| | Print Name    Bar Number |
| | 28 Bridgeside Blvd. |
| | Address |
| | Mount Pleasant    SC    29464 |
| | City    State    Zip Code |
| | (843) 216-9195    (843) 216-9430 |
| | Phone Number    Fax Number |