IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : : : : | Master File No.: 08 Civ. 11117 (TPG)<br><br>JURY TRIAL DEMANDED |
| This Document Relates to: Insurance Action 09 Civ. 557 (TPG) | : : | ECF CASE<br><br>ELECTRONICALLY FILED |

# DECLARATION OF WILLIAM H. NARWOLD IN SUPPORT OF PLAINTIFF F. DANIEL PRICKETT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NEW YORK LIFE INSURANCE COMPANY'S AND DEFENDANT NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION'S JOINT MOTION TO DISMISS

William H. Narwold declares under penalty of perjury this 22nd day of July, 2009:

1. I am a Member of the law firm of Motley Rice LLC. I submit this Declaration in support of the Plaintiff F. Daniel Prickett's Memorandum of Law in Opposition to Defendant New York Life Insurance Company's and Defendant New York Life Insurance and Annuity Corporation's Joint Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of NASD Notice to Members 00-44.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2009.

*/s/ William H. Narwold*  
William H. Narwold (WN-1713)  
bnarwold@motleyrice.com  
MOTLEY RICE LLC  
One Corporate Center  
20 Church Street, 17th Floor  
Hartford, CT 06103  
Tel: (860) 882-1676  
Fax: (860) 882-1682