IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | Master File No.: |
| IN RE TREMONT SECURITIES LAW, | : | 08 Civ. 11117 (TPG) |
| STATE LAW AND INSURANCE | : | |
| LITIGATION | : | JURY TRIAL DEMANDED |
| | : | |
| ------------------------------------------------------------ x | | ECF CASE |
| This Document Relates to: | : | |
| Insurance Action 09 Civ. 557 (TPG) | : | <u>ELECTRONICALLY FILED</u> |
| ------------------------------------------------------------ x | | |

# <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 22, 2009, a copy of the foregoing Plaintiff F. Daniel Prickett's Memorandum of Law in Opposition to Defendant New York Life Insurance Company's and Defendant New York Life Insurance and Annuity Company's Joint Motion to Dismiss, and Declaration of William H. Narwold in Support of Plaintiff F. Daniel Prickett's Memorandum of Law in Opposition to Defendant New York Life Insurance Company's and Defendant New York Life Insurance and Annuity Company's Joint Motion to Dismiss, with attached Exhibit, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of these filings will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: July 22, 2009

                                                                     */s/ William H. Narwold*
                                                                       William H. Narwold (WN-1713)
                                                                       bnarwold@motleyrice.com
                                                                       MOTLEY RICE LLC
                                                                       One Corporate Center
                                                                       20 Church Street, 17th Floor
                                                                       Hartford, CT  06103
                                                                       Tel: (860) 882-1676
                                                                       Fax: (860) 882-1682