UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION : | Master File No.: 08 Civ. 11117 (TPG) |
| ----------------------------------- x : | |
| This Document Relates to: Insurance Action : 09 Civ. 557 (TPG) : | ECF CASE Electronically Filed |
| ----------------------------------- x | |

### NOTICE OF MOTION FOR ALEX G. PATCHEN TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that upon the memorandum of law in support of Defendants Rye Select Broad Market, L.P and Rye Select Broad Market Insurance Portfolio, LDC's (the "Rye Fund Defendants") motion for Alex G. Patchen to withdraw as counsel, the Declaration of Alex G. Patchen, the [Proposed] Order and, and all prior pleadings and proceedings had herein, Defendants will move this Court before the Hon. Thomas P. Griesa, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Local Rule 1.4 for an order granting leave of Alex G. Patchen to

withdraw as counsel for the Rye Fund Defendants.

Dated: New York, New York
July 24, 2009

                          Respectfully submitted:

                          /s/ Alex G. Patchen
                          Jamie B.W. Stecher
                          Alex G. Patchen
                          David J. Kanfer
                          TANNENBAUM HELPERN SYRACUSE
                          & HIRSCHTRITT LLP
                          900 Third Avenue
                          New York, NY 10022
                          Phone: (212) 508-6700
                          Fax: (212) 937-3621
                          *Attorneys for Defendant Rye Select Broad*
                          *Market, L.P and Rye Select Broad Market*
                          *Insurance Portfolio, LDC*