UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
IN RE TREMONT SECURITIES LAW,                :   Master File No.:
STATE LAW, and INSURANCE                     :   08 Civ. 11117 (TPG)
LITIGATION
                                             :
------------------------------- x
This Document Relates to: Insurance Action   :   ECF CASE
09 Civ. 557 (TPG)                                Electronically Filed
                                             :
------------------------------- x

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW

**Alex G. Patchen,** declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney associated with law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP (the "Tannenbaum firm"), attorneys for defendants Rye Select Broad Market Fund, L.P. and Rye Select Broad Market Insurance Portfolio, LDC (the "Rye Fund Defendants") in this action. As such, I am fully familiar with the facts and circumstances I describe below. I submit this declaration in support of the motion for an order allowing me to withdraw as counsel for the Rye Fund Defendants.

2.  On July 24, 2009, I will be leaving the Tannenbaum firm.

3.  The Tannenbaum firm (including Jamie B.W. Stecher, the partner in charge of the engagement, and others at the firm) will continue to represent the Rye Fund Defendants in this action.

4.  The Rye Fund Defendants are aware that I am leaving the firm. They continue to seek to have the Tannenbaum firm represent them in this action.

[861757-1]

1

5. Because the Tannenbaum firm will continue to represent the Rye Fund Defendants, my withdrawal will have no adverse impact on any party in this litigation.

6. For the foregoing reasons, I respectfully request leave to withdraw as counsel of record for the Rye Fund Defendants pursuant to Local Civil Rule 1.4.

Dated: New York, New York
      July 24, 2009

                                        /s/ Alex G. Patchen
                                          Alex G. Patchen