UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION : | Master File No.: 08 Civ. 11117 (TPG) |
| ------------------------------x : | |
| This Document Relates to: Insurance Action 09 Civ. 557 (TPG) : | ECF CASE Electronically Filed |
| ------------------------------x | |

## NOTICE OF MOTION FOR TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that upon the memorandum of law in support of Tannenbaum Helpern Syracuse & Hirschtritt LLP's (the "Tannenbaum firm's") motion to withdraw as counsel for Defendant Rye Select Broad Market Insurance Portfolio, LDC's (the "Insurance Portfolio"), the Declaration of Jamie B.W. Stecher, the [Proposed] Order, and all prior pleadings and proceedings had herein, the Tannenbaum firm will move this Court before the Hon. Thomas P. Griesa, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Local Civil Rule 1.4, for an order granting leave of the Tannenbaum firm to withdraw as counsel for the Insurance Portfolio.

Dated: New York, New York

July 31, 2009

Respectfully submitted:

/s/  David J. Kanfer
Jamie B.W. Stecher
David J. Kanfer
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
Phone:  (212) 508-6700
Fax:  (212) 937-3621
*Attorneys for Defendant Rye Select Broad
Market, L.P and Rye Select Broad Market
Insurance Portfolio, LDC*