# JORDEN BURT

175 POWDER FOREST DRIVE
SUITE 301
SIMSBURY, CT 06089-9658
(860) 392-5000
FAX: (860) 392-5058

Ben V. Seessel
Direct Dial: 860-392-5053
Email: bvs@jordenusa.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09

1025 THOMAS JEFFERSON STREET, N.W.
SUITE 400 EAST
WASHINGTON, D.C. 20007-5208
(202) 965-8100
FAX: (202) 965-8104

777 BRICKELL AVENUE
SUITE 500
MIAMI, FL 33131-2803
(305) 371-2600
FAX: (305) 372-9928

**MEMO ENDORSED**

July 31, 2009



RECEIVED
AUG - 3 2009
CHAMBERS OF
JUDGE GRIESA

**VIA OVERNIGHT MAIL**

The Honorable Thomas P. Griesa
United States District Judge
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION ) ) ) ) | Case No. 08-cv-11117(TPG) Hon. Thomas P. Griesa |
| This Document Relates to: Insurance Action No. 09 Civ. 557 ) ) ) ) ) | Dated: July 31, 2009 |

Dear Judge Griesa:

  We represent defendants New York Life Insurance Company and New York Life Insurance and Annuity Corporation (collectively "New York Life") in *Prickett v. Massachusetts Holding, LLC, et al.*, which has been consolidated and is pending in the above-referenced matter. Pursuant to the Court's Individual Practices, section 1.E., we are writing to request a four-day

*approved-*
Thomas P. Griesa
USDJ 8/3/09

**Jorden Burt LLP**
WWW.JORDENBURT.COM

# JORDEN BURT

extension of time (through and including August 7, 2009) for New York Life to file its reply memorandum in further support of its motion to dismiss Plaintiff F. Daniel Prickett's Complaint.

The current due date for New York Life's reply memorandum is Monday, August 3, 2009. One previous extension of this due date has been sought by New York Life and granted by the Court. No other scheduled dates are affected by this request. Due to scheduling conflicts and the press of other matters, New York Life requires an additional four days to properly prepare its reply memorandum.

Plaintiff's counsel, John C. Duane of Motley Rice LLC, has graciously consented to the requested extension.

We respectfully request that the Court extend the date by which New York Life may submit its reply memorandum in further support of its motion to dismiss until August 7, 2009.

Respectfully submitted,

Ben V. Seessel

cc: All counsel of record
 (via e-mail transmission)

217443