# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08-cv-11117(TPG) |
| | Hon. Thomas P. Griesa |
| | ECF CASE/Electronically Filed |
| This Document Relates to: Insurance Action No. 09 Civ. 557 | Dated: August 7, 2009 |

## CERTIFICATE OF SERVICE

Ben V. Seessel hereby certifies that on August 7, 2009, I caused a true and correct copy of Defendants' New York Life Insurance Company's and New York Life Insurance and Annuity Corporation's Reply Memorandum in Further Support of Their Motion to Dismiss to be filed electronically through the Southern District of New York's CM/ECF system.

/s/ Ben V. Seessel____
Ben V. Seessel