UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

IN RE TREMONT SECURITIES LAW,  :  Master File No.:
STATE LAW, and INSURANCE           08 Civ. 11117 (TPG)
LITIGATION
                                                 :

---------------------------------x

This Document Relates to: Insurance Action  :  ECF CASE
09 Civ. 557 (TPG)                                       Electronically Filed

                                                 :

---------------------------------x

## [~~PROPOSED~~] ORDER

This 18th day of August, 2009,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Alex G. Patchen to withdraw as counsel for Rye Select Broad Market Fund, L.P. and Rye Select Broad Market Insurance Portfolio, LDC (the "Rye Fund Defendants") in the within action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Alex G. Patchen is granted leave to withdraw from his representation of the Rye Fund Defendants in this action and that such withdrawal is effective immediately.

*Thomas P. Griesa*
U.S.D.J.

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 93

[861590-1]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09