UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

IN RE TREMONT SECURITIES LAW, : Master File No.:
STATE LAW, and INSURANCE : 08 Civ. 11117 (TPG)
LITIGATION
:
------------------------------- x
This Document Relates to: Insurance Action : ECF CASE
09 Civ. 557 (TPG) Electronically Filed
:
------------------------------- x

## ORDER

This 18th day of August, 2009,

The Court having considered the motion of Tannenbaum Helpern Syracuse & Hirschtritt LLP for leave to withdraw from its representation of Rye Select Broad Market Insurance Portfolio, LDC ("Insurance Portfolio"), pursuant to Local Rule 1.4, in the within action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Tannenbaum Helpern Syracuse & Hirschtritt LLP is granted leave to withdraw from its representation of Insurance Portfolio in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al    Doc. 94

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09

[860941-1]