UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Insurance Action 09 Civ. 557 (TPG) <br><br> AUG 28 2009 | ECF Case <br><br> **NOTICE OF MOTION FOR ADMISSION OF SARAH G. KIM, PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed Affidavit of Kenneth I. Schacter, Massachusetts Mutual Life Insurance Company ("MassMutual") will move this Court before the Honorable Thomas P. Griesa of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 1.3(c) of the Local Rules of this Court admitting Sarah G. Kim of the law firm of Bingham McCutchen LLP for the purpose of appearing as counsel for MassMutual, pro hac vice.

                        Sarah G. Kim
                        Bingham McCutchen LLP
                        One Federal Street
                        Boston, MA 02110-1726
                        Telephone: (617) 951-8000
                        sarah.kim@bingham.com

Dated: New York, New York.
       August 28, 2009

**BINGHAM MCCUTCHEN LLP**

By: _____
Kenneth I. Schacter
399 Park Avenue
New York, NY 10022-4689
phone (212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance*
*Company*

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al        Doc. 96

A/73130184.1

Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Insurance Action 09 Civ. 557 (TPG) | ECF Case<br><br>**AFFIDAVIT OF KENNETH I. SCHACTER IN SUPPORT OF MOTION FOR ADMISSION OF SARAH G. KIM, PRO HAC VICE** |

State of New York     )
                      ) ss:
County of New York    )

**KENNETH I. SCHACTER**, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Bingham McCutchen LLP ("Bingham"), counsel for Massachusetts Mutual Life Insurance Company ("MassMutual") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of MassMutual's motion to admit Sarah G. Kim as counsel pro hac vice to represent MassMutual in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Sarah G. Kim is an associate at Bingham's Boston, Massachusetts office. Ms. Kim is admitted to practice law in the Commonwealth of Massachusetts and the State of California.

4. Certificates of Good Standing from Massachusetts and California are attached as Exhibit A.

5. I believe Sarah G. Kim to be a skilled attorney who is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Sarah G. Kim and respectfully submit a proposed order granting the admission of Sarah G. Kim, pro hac vice, which is attached hereto.

**WHEREFORE** it is respectfully requested that the motion to admit Sarah G. Kim, pro hac vice, to represent MassMutual in the above captioned matter, be granted.

_____
Kenneth I. Schacter

Subscribed and sworn to before me
this 28th day of August, 2009.

_____
Notary Public

DAVID MARCUS
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires Oct. 20, 2010

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the tenth day of December A.D. **2003**, said Court being the highest Court of Record in said Commonwealth:

### Sarah G. Kim

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirty-first** day of **July** in the year of our Lord **two thousand and nine**.



MAURA S. DOYLE, Clerk



* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



| THE STATE BAR | MEMBER SERVICES CENTER |
| --- | --- |
| OF CALIFORNIA | |

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 14, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SARAH GINY KIM, #209027 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; that from the date of admission to February 4, 2004, she was an ACTIVE member of the State Bar of California; that on February 4, 2004, she transferred at her request to the INACTIVE status as of January 1, 2004; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates to: Securities Action 08 Civ. 557 (TPG) | ECF Case<br><br>**ORDER ADMITTING SARAH G. KIM, PRO HAC VICE** |

Upon the motion of Kenneth I. Schacter, attorney for Massachusetts Mutual Life Insurance Company ("MassMutual") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

> Sarah G. Kim
> Bingham McCutchen LLP
> One Federal Street
> Boston, MA 02110-1726
> Telephone: (617) 951-8000
> Fax: (617) 951-8736
> Email: sarah.kim@bingham.com

is admitted to practice pro hac vice as counsel for MassMutual in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District Judge

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice law in the State of New York, hereby certifies under penalty of perjury, that on August 28, 2009 I caused copies of the annexed Notice of Motion to be served via First Class Mail upon the parties on the attached service list.

Dated: New York, New York
       August 28, 2009

/s/ David Marcus

# Service List

Daniel W. Krasner
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, Ny 10016

David Avi Rosenfeld
Coughlin Stoia Geller Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

David Seaton Brown
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

E. Macey Russell
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110

William Kennedy Dodds
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036

Alex Gregg Patchen
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

David Jeffrey Kanfer
Talisman, Rudin & DeLorenz P.C.
499 Fulton Street
Brooklyn, NY 11201

A/73131136.1