USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE LUGANO TRUST, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>TREMONT CAPITAL MANAGEMENT, INC., et al.<br><br>    Defendants. | Civil Action No. 09-civ-6840(TPG)<br><br>This Document Relates to: Insurance Action, 09-Civ-557<br>In re Tremont Securities Law, State Law and Insurance Litigation, 08-Civ-11117 |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on May 20, 2009, this Court, in *In re Tremont Securities Law, State Law and Insurance Litigation*, Master Docket No. 08-civ-11117 (TPG) - *Insurance Action* (09-civ-557) (the "Insurance Action"), entered an Order staying the deadline for certain defendants in that action to respond to plaintiffs' complaint pending plaintiffs filing an amended complaint in that action;

Chateau Fiduciaire S.A. v. Argus International Life Bermuda Limited et al     Doc. 97

WHEREAS, the undersigned Defendants have agreed to waive service of process in this action; and

WHEREAS, counsel for (a) defendants Tremont Group Holdings, Inc., Tremont Capital Management Inc., Tremont (Bermuda) Ltd., Tremont Partners, Inc., Rye Investment Management, and Robert Schulman (collectively, the "Tremont Defendants"); (b) SHL Capital Ltd.; (c) defendant Oppenheimer Acquisition Corp. ("Oppenheimer"); (d) defendant Massachusetts Mutual Life Insurance Company ("MassMutual"); (e) defendant KPMG LLP; (f) defendant Bank of New York Mellon Corp.; and (g) defendant Sandra L. Manzke (collectively "Defendants") have requested that the deadline to respond to the Complaint in this action, filed

on August 3, 2009, be contemporaneous with the date they are required to respond to the amended complaint in the Insurance Action.

NOW, THEREFORE, counsel for the undersigned parties, STIPULATE AND AGREE as follows:

1. The deadline for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is hereby adjourned until the later of thirty (30) days following the filing of an amended consolidated complaint in the Insurance Action or Plaintiffs' filing of an amended complaint in this action; and

2. This Stipulation and Order is without prejudice to or waiver of any rights, arguments or defenses otherwise available to plaintiffs and Defendants in this action.

BERGER & MONTAGUE, P.C.

By *Sherrie R. Savett*

Sherrie R. Savett
(ssavett@bm.net)
Glen Abramson
(gabramson@bm.net)
Russell D. Paul
(rpaul@bm.net)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4636

*Counsel for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____

Seth M. Schwartz
(seth.schwartz@skadden.com)
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000/01

*Attorneys for Tremont Group Holdings, Capital Management, Inc., Tremont (Bermuda) Ltd., Tremont Partners, Inc., Rye Investment Management and Robert Schulman*

on August 3, 2009, be contemporaneous with the date they are required to respond to the amended complaint in the Insurance Action.

NOW, THEREFORE, counsel for the undersigned parties, STIPULATE AND AGREE as follows:

1. The deadline for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is hereby adjourned until the later of thirty (30) days following the filing of an amended consolidated complaint in the Insurance Action or Plaintiffs' filing of an amended complaint in this action; and

2. This Stipulation and Order is without prejudice to or waiver of any rights, arguments or defenses otherwise available to plaintiffs and Defendants in this action.

BERGER & MONTAGUE, P.C.

By_____
Sherrie R. Savett
(ssavett@bm.net)
Glen Abramson
(gabramson@bm.net)
Russell D. Paul
(rpaul@bm.net)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4636

*Counsel for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By_____
Seth M. Schwartz
(seth.schwartz@skadden.com)
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000/01

*Attorneys for Tremont Group Holdings, Capital Management, Inc., Tremont (Bermuda) Ltd., Tremont Partners, Inc., Rye Investment Management and Robert Schulman*

BINGHAM McCUTCHEN LLP

By ___Frances S. C____
  Frances S. Cohen
  (frances.cohen@bingham.com)
  One Federal Street
  Boston, MA 02110-1726
  Phone: (617) 951-8000
  Fax: (617) 951-8736

*Attorneys for MassMutual*

HOWREY LLP

By_____
  Gregory Gil Ballard
  (BallardG@howrey.com)
  153 East 53rd Street
  New York, NY 10022
  Phone: (212) 896-6500
  Fax: (212) 896-6501

*Attorneys for KPMG LLP*

CLEARLY, GOTTLIEB, STEEN
& HAMILTON LLP

By_____.
  Jeffrey A. Rosenthal
  (jrosenthal@cgsh.com)
  One Liberty Plaza
  New York, NY 10006
  Phone: (212) 225-2086
  Fax: (212) 225-3999

*Attorneys for Bank of New York Mellon Corp.*

DECHERT LLP

By_____
  William K. Dodds
  (william.dodds@dechert.com)
  Robert W. Topp
  (robert.topp@dechert.com)
  1095 Avenue of the Americas
  New York, NY 10036-6797
  Phone: (212) 698-3500
  Fax: (212) 698-3599

*Attorneys for Oppenheimer Acquisition Corp.*

KOBRE & KIM LLP

By_____
  Benjamin O'Neil
  (benjamin.oneil@kobrekim.com)
  1919 M Street, N.W.
  Washington, DC 20036
  Phone (202) 664-1936
  Fax: (202) 664-1920

*Attorney for Sandra Manzke*

| BINGHAM McCUTCHEN LLP | DECHERT LLP |
|---|---|
| By_____<br>Frances S. Cohen<br>(frances.cohen@bingham.com)<br>One Federal Street<br>Boston, MA 02110-1726<br>Phone: (617) 951-8000<br>Fax: (617) 951-8736 | By _____/s/_____<br>William K. Dodds<br>(william.dodds@dechert.com)<br>Robert W. Topp<br>(robert.topp@dechert.com)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Phone: (212) 698-3500<br>Fax: (212) 698-3599 |
| *Attorneys for MassMutual* | *Attorneys for Oppenheimer Acquisition Corp.* |
| HOWREY LLP | KOBRE & KIM LLP |
| By_____<br>Gregory Gil Ballard<br>(BallardG@howrey.com)<br>153 East 53rd Street<br>New York, NY 10022<br>Phone: (212) 896-6500<br>Fax: (212) 896-6501 | By_____<br>Benjamin O'Neil<br>(benjamin.oneil@kobrekim.com)<br>1919 M Street, N.W.<br>Washington, DC 20036<br>Phone (202) 664-1936<br>Fax: (202) 664-1920 |
| *Attorneys for KPMG LLP* | *Attorney for Sandra Manzke* |

CLEARLY, GOTTLIEB, STEEN
& HAMILTON LLP

By_____
    Jeffrey A. Rosenthal
    (jrosenthal@cgsh.com)
    One Liberty Plaza
    New York, NY 10006
    Phone: (212) 225-2086
    Fax: (212) 225-3999

*Attorneys for Bank of New York Mellon Corp.*

BINGHAM McCUTCHEN LLP

By_____
    Frances S. Cohen
    (frances.cohen@bingham.com)
    One Federal Street
    Boston, MA 02110-1726
    Phone: (617) 951-8000
    Fax: (617) 951-8736

*Attorneys for MassMutual*

HOWREY LLP

By_____
    Gregory Gil Ballard
    (BallardG@howrey.com)
    153 East 53rd Street
    New York, NY 10022
    Phone: (212) 896-6500
    Fax: (212) 896-6501

*Attorneys for KPMG LLP*

CLEARLY, GOTTLIEB, STEEN
& HAMILTON LLP

By_____
    Jeffrey A. Rosenthal
    (jrosenthal@cgsh.com)
    One Liberty Plaza
    New York, NY 10006
    Phone: (212) 225-2086
    Fax: (212) 225-3999

*Attorneys for Bank of New York Mellon Corp.*

DECHERT LLP

By_____
    William K. Dodds
    (william.dodds@dechert.com)
    Robert W. Topp
    (robert.topp@dechert.com)
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Phone: (212) 698-3500
    Fax: (212) 698-3599

*Attorneys for Oppenheimer Acquisition Corp.*

KOBRE & KIM LLP

By_____
    Benjamin O'Neil
    (benjamin.oneil@kobrekim.com)
    1919 M Street, N.W.
    Washington, DC 20036
    Phone (202) 664-1936
    Fax: (202) 664-1920

*Attorney for Sandra Manzke*

| BINGHAM McCUTCHEN LLP | DECHERT LLP |
|---|---|
| By_____<br>Frances S. Cohen<br>(frances.cohen@bingham.com)<br>One Federal Street<br>Boston, MA 02110-1726<br>Phone: (617) 951-8000<br>Fax: (617) 951-8736<br><br>*Attorneys for MassMutual* | By_____<br>William K. Dodds<br>(william.dodds@dechert.com)<br>Robert W. Topp<br>(robert.topp@dechert.com)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Phone: (212) 698-3500<br>Fax: (212) 698-3599<br><br>*Attorneys for Oppenheimer Acquisition Corp.* |
| HOWREY LLP | KOBRE & KIM LLP |
| By_____<br>Gregory Gil Ballard<br>(BallardG@howrey.com)<br>153 East 53rd Street<br>New York, NY 10022<br>Phone: (212) 896-6500<br>Fax: (212) 896-6501<br><br>*Attorneys for KPMG LLP* | By /s/ Benjamin O'Neil<br>Benjamin O'Neil<br>(benjamin.oneil@kobrekim.com)<br>1919 M Street, N.W.<br>Washington, DC 20036<br>Phone (202) 664-1936<br>Fax: (202) 664-1920<br><br>*Attorney for Sandra Manzke* |

CLEARLY, GOTTLIEB, STEEN
& HAMILTON LLP

By_____
Jeffrey A. Rosenthal
(jrosenthal@cgsh.com)
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2086
Fax: (212) 225-3999

*Attorneys for Bank of New York Mellon Corp.*

| | |
|---|---|
| BINGHAM McCUTCHEN LLP | DECHERT LLP |
| By_____<br>Frances S. Cohen<br>(frances.cohen@bingham.com)<br>One Federal Street<br>Boston, MA 02110-1726<br>Phone: (617) 951-8000<br>Fax: (617) 951-8736 | By_____<br>William K. Dodds<br>(william.dodds@dechert.com)<br>Robert W. Topp<br>(robert.topp@dechert.com)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Phone: (212) 698-3500<br>Fax: (212) 698-3599 |
| *Attorneys for MassMutual* | *Attorneys for Oppenheimer Acquisition Corp* |
| HOWREY LLP | KOBRE & KIM LLP |
| By_____<br>Gregory Gil Ballard<br>(BallardG@howrey.com)<br>153 East 53rd Street<br>New York, NY 10022<br>Phone: (212) 896-6500<br>Fax: (212) 896-6501 | By_____<br>Benjamin O'Neil<br>(benjamin.oneil@kobrekim.com)<br>1919 M Street, N.W.
Washington, DC 20036<br>Phone (202) 664-1936<br>Fax: (202) 664-1920 |
| *Attorneys for KPMG LLP* | *Attorney for Sandra Manzke* |

CLEARLY, GOTTLIEB, STEEN
& HAMILTON LLP

By__/s/ Jeffrey A. Rosenthal_____
Jeffrey A. Rosenthal
(jrosenthal@cgsh.com)
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2086
Fax: (212) 225-3999

*Attorneys for Bank of New York Mellon Corp.*

IT IS SO ORDERED:

Dated: Sept. 16, 2009        Thomas P. Griesa
                             U.S.D.J.

malta491047-00e.doc