UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
IN RE TREMONT SECURITIES LAW, : Master File No.:
STATE LAW, and INSURANCE : 08 Civ. 11117 (TPG)
LITIGATION
 :
------------------------------------- x
This Document Relates to: Insurance Law : ECF Case
Actions, 09 Civ. 0557 (TPG) Electronically Filed
 :
------------------------------------- x

# THE FUND'S MEMORANDUM IN OPPOSITION
# TO PLAINTIFFS' MOTION FOR PRELIMINARY
# APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT

TANNENBAUM HELPERN
 SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendant
Rye Select Broad Market Fund, L.P.*

# THE FUND'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT

Defendant Rye Select Broad Market Fund, L.P. (the "Funds") respectfully opposes Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement, and adopts the memorandum submitted by the Tremont Defendants. Accordingly, this court should deny Plaintiffs' motion to preliminarily approve the Settlement absent amendment of the Settlement's proposed bar order to include the judgment reduction credit mandated under GOL § 15-108.

Dated: New York, New York
September 18, 2009

>                                Respectfully submitted,
>
>                                TANNENBAUM HELPERN
>                                SYRACUSE & HITSCHTRITT LLP
>
>
>                                By: _____
>                                    Jamie B.W. Stecher
>                                    David J. Kanfer
>                                900 Third Avenue
>                                New York, New York 10022
>                                (212) 508-6700
>                                Stecher@thshlaw.com
>
>                                *Attorneys for Defendant*
>                                *Rye Select Broad Market Fund, L.P.*