UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br>-------------------------------------------------------------<br>This Document Relates to Insurance Action<br>09 Civ. 557 (TPG) | Master File No. 08-Civ. 11117 (TPG)<br><br>ECF CASE<br>Electronically Filed |

**DEFENDANT OPPENHEIMER ACQUISITION CORP.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT**

William K. Dodds
Robert W. Topp
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

David A. Kotler
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey  08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendant Oppenheimer
Acquisition Corp.*

Dockets.Justia.com

Defendant Oppenheimer Acquisition Corp. ("OAC") respectfully opposes Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement (the "Motion"), and adopts and incorporates by reference The Tremont Defendants' Memorandum of Law in Opposition to Plaintiff' Motion for Preliminary Approval of Partial Class Action Settlement filed today in opposition to the Motion. Accordingly, OAC respectfully requests that the Court deny the Motion absent amendment of the settlement's proposed bar order to include the judgment reduction credit mandated under GOL § 15-108.

Dated: New York, New York
September 18, 2009

     /s/ William K. Dodds
William K. Dodds
william.dodds@dechert.com
Robert W. Topp
robert.topp@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

David A. Kotler
david.kotler@dechert.com
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendants Oppenheimer Acquisition Corp.*