UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | 09 Civ. 11117 (TPG) <br><br> **ECF FILED** |
| This document relates to: Insurance Action 09 Civ. 557 (TPG) | |

## KPMG LLP'S JOINDER TO THE TREMONT DEFENDANTS' OBJECTION TO PLAINTIFFS' PARTIAL SETTLEMENT PROPOSAL

KPMG LLP maintains that there are no valid claims against it, and that mandatory arbitration clauses preclude any litigation in this Court. KPMG LLP preserves all of its arguments and defenses and will move at the appropriate time to dismiss any claims, or, in the alternative, to stay in favor of arbitration any action against it. Nonetheless, to preserve its rights, KPMG LLP hereby joins the Tremont Defendants' objection to the settlement proposal submitted in the above captioned action by Plaintiffs Chateau Fiduciaire S.A., as Trustee of The Map Trust, The Geoffrey Rabie Credit Shelter Trust, The Joanne Brenda Rabie Credit Shelter Trust, The Harriet Rutter Klein Revocable Trust and the Matthew L. Klein Irrevocable Family Trust (collectively, "Lead Plaintiffs") to the extent that the arguments included therein are applicable to KPMG LLP.

Dated: September 18, 2009

Respectfully submitted,

____/s/ Gregory G. Ballard_____
Gary F. Bendinger
(bendingerg@howrey.com)
Gregory G. Ballard
(ballardg@howrey.com)
Corey Worcester
(worcesterc@howrey.com)
HOWREY LLP
601 Lexington Avenue, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

John K. Villa (pro hac vice)
(jvilla@wc.com)
David A. Forkner (pro hac vice)
(dforkner@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**Attorneys for defendant KPMG LLP**