Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378

Joseph L. Kociubes
Frances S. Cohen
Carol E. Head
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 01120
Tel.: 617.951.8000

*Attorneys for*
*Massachusetts Mutual Life Insurance Company and*
*MassMutual Holding LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br>-------------------------------------------------------------------<br>This Document Relates to Insurance Action<br>09 Civ. 557 (TPG) | Master File No. 08-Civ. 11117 (TPG) |

### OPPOSITION BY MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND MASSMUTUAL HOLDING LLC TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT

Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (collectively, the "MassMutual Defendants") join Defendants Tremont Group Holdings, Inc., Tremont Partners, Inc. and Tremont (Bermuda) Limited's opposition to the Insurance Action plaintiffs' motion for preliminary approval of a partial class settlement. One Settlement provision -- a bar order prohibiting the non-settling defendants from pursuing claims for contribution against the Argus Defendants -- is prejudicial to the rights of all non-settling

defendants as provided under New York law. *See* N.Y. GOL § 15-108 (McKinney 2007).

Accordingly, this Court should deny plaintiffs' motion, absent amendment of the proposed bar order to include the judgment reduction credit mandated under GOL § 15-108.


Dated: New York, New York
       September 18, 2009

**BINGHAM MCCUTCHEN LLP**

By: /s/ Kenneth I. Schacter
    Kenneth I. Schacter
    kenneth.schacter@bingham.com
    399 Park Avenue
    New York, NY 10022-4689
    Tel.: 212.705.7000
    Fax: 212.752.5378

    Joseph L. Kociubes
    joe.kociubes@bingham.com
    Frances S. Cohen
    frances.cohen@bingham.com
    Carol E. Head
    carol.head@bingham.com
    One Federal Street
    Boston, MA 01120
    Tel.: 617.951.8000
    Fax: 617.951.8736

    *Attorneys for*
    *Massachusetts Mutual Life Insurance*
    *Company and MassMutual Holding*
    *LLC*

A/73147954.1