UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
|---|---|
| This Document Relates To: THE INSURANCE ACTION, 09 Civ. 557 | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Paulette Fox of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP hereby enters her appearance as counsel of record on behalf of plaintiffs Chateau Fiduciaire S.A. as Trustee of The Map Trust, The Harriet Rutter Klein Revocable Trust and The Matthew L. Klein Irrevocable Family Trust in the above captioned Insurance Action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated:  New York, New York
December 10, 2009

By: _____

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

Paulette Fox (PF-2145)
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
Email: pfox@whafh.com

*Interim Co-Lead Counsel for Plaintiffs*

\540515