Kenneth I. Schacter
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel.: 212.705.7000
Fax: 212.752.5378

Joseph L. Kociubes
Frances S. Cohen
Carol E. Head
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 01120
Tel.: 617.951.8000

*Attorneys for*
*Massachusetts Mutual Life Insurance Company and*
*MassMutual Holding LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br>--------------------------------------------------------------------<br>This Document Relates to Insurance Action 09 Civ. 557 (TPG) | Master File No. 08-Civ. 11117 (TPG) |

### RESPONSE OF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND MASSMUTUAL HOLDING LLC TO PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE PARTIAL SETTLEMENT

Non-Settling Defendants Massachusetts Mutual Life Insurance Company and MassMutual Holding LLC (collectively, the "MassMutual Defendants") do not oppose the Plaintiffs' Motion for Certification of the Settlement Class and Final Approval of the Partial Settlement ("Motion"). The MassMutual Defendants, however, do not concede that the standards for class certification have been or could be satisfied in this case and reserve the right to oppose any motion for class certification that may be made in the future.

Dated: New York, New York  
December 22, 2009

**BINGHAM MCCUTCHEN LLP**

By: /s/Kenneth I. Schacter  
    Kenneth I. Schacter  
    kenneth.schacter@bingham.com  
    399 Park Avenue  
    New York, NY 10022-4689  
    Tel.: 212.705.7000  
    Fax: 212.752.5378

    Joseph L. Kociubes  
    joe.kociubes@bingham.com  
    Frances S. Cohen  
    frances.cohen@bingham.com  
    Carol E. Head  
    carol.head@bingham.com  
    One Federal Street  
    Boston, MA 01120  
    Tel.: 617.951.8000  
    Fax: 617.951.8736

    *Attorneys for*  
    *Massachusetts Mutual Life Insurance*  
    *Company and MassMutual Holding*  
    *LLC*

A/73248985.1