UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE TREMONT SECURITIES LAW,   :   Master File No.:
STATE LAW, and INSURANCE            08 Civ. 11117 (TPG)
LITIGATION                      :

                                :
------------------------------------x
This Document Relates to: Insurance Action  :  ECF CASE
09 Civ. 557 (TPG)                              Electronically Filed

                                :
------------------------------------x

**THE RYE SELECT BROAD MARKET FUND L.P.'S RESPONSE TO PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE PARTIAL SETTLEMENT**

Non-Settling Defendant Rye Select Broad Market Fund, L.P. (the "Fund") does not oppose the Plaintiffs' Motion for Certification of the Settlement Class and Final Approval of the Partial Settlement ("Motion"). The Fund, however, does not concede that the standards for class certification have been or could be satisfied in this case and reserve the right to oppose any motion for class certification that may be made in the future.

Dated: New York, New York
       December 22, 2009

                              Respectfully submitted:

                              /s/ David J. Kanfer
                              Jamie B.W. Stecher
                              David J. Kanfer
                              TANNENBAUM HELPERN SYRACUSE
                              & HIRSCHTRITT LLP
                              900 Third Avenue
                              New York, NY 10022
                              Phone: (212) 508-6700
                              Fax: (212) 937-3621
                              *Attorneys for Defendant Rye Select Broad Market Fund, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IN RE TREMONT SECURITIES LAW,        :   Master File No.:
STATE LAW, and INSURANCE             :   08 Civ. 11117 (TPG)
LITIGATION
                                     :
----------------------------------------x
                                     :
This Document Relates to: Insurance Action  :  ECF CASE
09 Civ. 557 (TPG)                       Electronically Filed
                                     :
----------------------------------------x

## CERTIFICATE OF SERVICE

David J. Kanfer, hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on December 22, 2009.

Date:   December 22, 2009

/s/ David J. Kanfer
David J. Kanfer

[870801-1]