UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re TREMONT SECURITIES LAW, STATE : Master Docket No. 08-Civ-11117(TPG)
LAW AND INSURANCE LITIGATION :
: CLASS ACTION
———————————————————— :
:
This Document Relates To: :
:
INSURANCE ACTION, 09-Civ-557. :
———————————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/10

## [PROPOSED] SEALING ORDER

**WHEREAS**, on December 23, 2009, the final fairness hearing was held on Lead Plaintiffs' application for approval of the partial Settlement (the "Settlement") set forth in the Stipulation of Partial Settlement, dated as of July 21, 2009 (the "Stipulation");

**WHEREAS**, on December 23, 2009, Lead Plaintiffs submitted to the Court a revised Final Approval Order in Connection with Partial Settlement Proceedings (the "Order"), which indicated that "[p]ursuant to the separate agreement referenced in paragraph 14.4 of the Stipulation, Plaintiffs are filing four requests for exclusion from the Settlement, and subsequent retractions of those requests, under seal to protect the identities of those Settlement Class members" (*see* Order, ¶ 16, n.1); and

**WHEREAS**, on January 4, 2010, the Court entered the Order approving the Settlement;

**THEREFORE, IT IS HEREBY ORDERED**, that the four requests for exclusion from the Settlement and the subsequent retractions of those requests shall be filed under seal.

\* \* \*

IT IS SO ORDERED.

DATED: Jan. 11, 2010

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE