USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) ECF Case |
| This Documents Relates to: Insurance Action 09 Civ. 557 | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Jonathan D. Berg, attorney for Plaintiff Cummins Inc., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sara Siegall |
| Firm Name: | Chapman Spingola, LLP |
| Address: | 77 West Wacker Drive, Suite 4800 |
| City/State/Zip: | Chicago, IL 60601 |
| Phone Number: | (312) 630-9202 |
| Fax Number: | (312) 630-9233 |
| Email Address: | ssiegall@chapmanspingola.com |

is admitted to practice pro hac vice as counsel for Plaintiff Cummins Inc., as the authorized representative of the Cummins Inc. Grantor Trust dated September 10, 2007, as amended in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/10/11
City, State: NY, NY

_Thomas P. Griesa_
United States District/~~Magistrate~~ Judge