

**MotleyRice**®
ATTORNEYS AT LAW

William S. Norton
*Licensed in MA, NY, SC*

South Carolina Office
Direct Dial 843.216.9195
Direct Fax 843.216.9430
bnorton@motleyrice.com

May 11, 2011

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Tremont Securities Law, State Law and Insurance Litigation*
      Master Docket No. 08 Civ. 11117 (TPG) (S.D.N.Y.)
      *Relating to Insurance Action* – Docket No. 09 Civ. 557 (TPG) (S.D.N.Y.)

Dear Judge Griesa,

We represent plaintiff F. Daniel Prickett in the above-referenced individual action (the "Action"), which has been stayed pending a partial settlement embodied in a "Stipulation of Partial Settlement" dated as of February 23, 2011 (the "Settlement"). We write to reaffirm our position that Mr. Prickett is not a member of the putative settlement class and thus has no standing to object to or opt-out of the Settlement. Mr. Prickett intends to pursue his claims against all defendants named in the Action.

If Your Honor has any questions, please feel free to contact me.

Respectfully submitted,

William S. Norton

WSN:dlg
cc: All Counsel of Record (via ECF)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
o. 212.577.0040
f. 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com