File In →

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2011

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

Master File No.:
08 Civ. 11117-TPG

This Document Relates to:
1:09-cv-8571-TPG

## NOTICE OF VOLUNTARY DISMISSAL

By letter filed with this Court on September 14, 2011 ("September 14 Letter"), the Tremont Defendants represented that the plaintiff in the above-captioned action, Lawrence J. Rothschild ("Rothschild"), was continuing to litigate this action because it either was not a member of the settlement class certified by this Court on August 19, 2011 ("Settlement Class"), or had opted out of the settlement. This is incorrect. Rothschild intends to participate fully as a member of the Settlement Class.

To avoid any confusion raised by the September 14 Letter, pursuant to Fed. R. Civ. P. 41(a)(1), Rothschild hereby voluntarily dismisses all claims asserted in the action originally filed on April 14, 2009 in the Superior Court of Massachusetts, Suffolk County at docket number 09-1511-BLS; subsequently removed to the United States District Court for the District of Massachusetts at Docket Number 1:09-cv-10858-DPW; and subsequently consolidated before this Court under the above caption against Defendants Rye Select Broad Market XL Fund, L.P., Tremont Partners, Inc., Tremont Group Holdings, Inc., Oppenheimer Acquisition Corporation, MassMutual Holding LLC, Massachusetts Mutual Life Insurance Company, BNY Alternative Investment Services, Inc., Bank of New York Mellon, Robert Ivan Schulman, Stephen Thomas Clayton, Lynn O. Keeshan, Rupert Andrew Allan, Harry Hodges, Stuart Pologe, and Patrick Kelly.

This notice of voluntary dismissal is made before any opposing party served their answer or a motion for summary judgment.

Rothschild, however, reserves all rights as a member of the Settlement Class, and nothing in this Voluntary Dismissal should be construed as a waiver of any of those rights.

Dated: October 20, 2011

Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Patrick T. Egan
Patrick T. Egan (PE6812)
pegan@bermandevalerio.com
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Counsel for Plaintiff
Lawrence J. Rothschild**

*[Signature]*
U.S.D.J.

11/4/11