USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GEOFFREY RABIE CREDIT SHELTER TRUST and THE JOANNE BRENDA RABIE CREDIT SHELTER TRUST, Individually, and on Behalf of and All Others Similarly Situated,

Plaintiff,

-against-

ARGUS GROUP HOLDINGS LIMITED, et al.,

Defendants.

---

09 Civ 557 (TPG)
09 CIV 1466 (TPG)
09 CV 2253 (TPG)
ECF Case
09 CV 2254 (TPG)

## [PROPOSED] ORDER OF WITHDRAWAL OF MICHAEL GERARD, ESQ.

Upon consideration of the request to withdraw by Michael Gerard, Esq., this Court orders that Michael Gerard, Esq. be withdrawn from this case, and further orders that Mr. Gerard be removed from the Court's electronic service list.

Dated: November 22, 2011

SO ORDERED:

_/s/ Thomas P. Griesa_
Hon. Thomas P. Griesa
United States District Judge

ny-1002577