IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master File No. 08 Civ. 11117 (TPG) |
| This Document Relates to: Insurance Action, 09 Civ. 557 (TPG), Specifically to: | 09 Civ. 3137 (TPG) |
| F. DANIEL PRICKETT, Plaintiff, | ECF CASE Electronically Filed |
| - against - | **NOTICE OF MOTION** |
| NEW YORK LIFE INSURANCE COMPANY, et al., Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated February 29, 2012 and all other pleadings filed in this action, defendant Oppenheimer Acquisition Corp. will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiff's Amended Complaint, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil

Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 29, 2012

DECHERT LLP

By: /s/ David A. Kotler___
David A. Kotler
david.kotler@dechert.com
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel.: (609) 955-3200
Fax: (609) 955-3259

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

14337518