UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

Master File No.
08 Civ. 11117 (TPG)

This Document Relates to:

ECF CASES
Electronically Filed

State Law Actions, 08 Civ. 11183 (TPG);
Securities Actions, 08 Civ. 11212 (TPG);
Insurance Actions, 09 Civ. 557 (TPG)

------------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, as follows:

1. The time for filing papers in opposition to the motion of objectors Madelyn Haines and Paul Zamrowski ("Haines") to vacate the final judgment entered in these actions (the "Motion," Dkt. 799) shall be and hereby is adjourned from September 10, 2012 to September 17, 2012.

2. The time for Haines to file reply papers in further support of the Motion shall be and hereby is adjourned from September 27, 2012 to October 4, 2012.

This Court has not previously adjourned any deadlines in connection with the Motion.

Dated: New York, New York
September 7, 2012

_____
Vincent T. Gresham
gresham05@comcast.net
LAW OFFICES OF VINCENT T.
  GRESHAM
2870 Peachtree Road, #306
Atlanta, GA 30305
(404) 281-2862

*Attorneys for Objectors*
*Maeleyn Haines and Paul Zamrowski*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Jason C. Vigna
Jason.Vigna@Skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants*
*Tremont Partners, Inc.,*
*Tremont Group Holdings, Inc.,*
*Tremont (Bermuda) Limited,*
*Tremont Capital Management, Inc.,*
*Rye Investment Management,*
*Robert I. Schulman, Rupert A. Allan,*
*Harry Hodges, James Mitchell,*
*Lynn O. Keeshan, Patrick Kelly,*
*Stephen Thomas Clayton, Stuart Pologe,*
*Cynthia J. Nicoll and Darren Johnston*

_____
David A. Kotler
david.kotler@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

*/s/ Carol E. Head*
_____
Carol E. Head
carol.head@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(617) 951-8000

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*


*/s/ Ralph A. Siciliano*
_____
Ralph A. Siciliano
siciliano@thsh.com
David J. Kanfer
kanfer@thsh.com
TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
(212) 508-6700

*Attorneys for Defendants*
*Rye Select Broad Market Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market Insurance Fund, L.P., Rye Select Broad Market Portfolio Limited, Rye Select Broad Market XL Portfolio Limited, Broad Market XL Holdings Limited, Rye Select Broad Market Insurance Portfolio LDC, Tremont Market Neutral Fund, L.P., Tremont Market Neutral Fund II, L.P., Tremont Market Neutral Fund Limited, Tremont Opportunity Fund Limited, Tremont Opportunity Fund II, L.P., Tremont Opportunity Fund III, L.P., Tremont Arbitrage Fund, L.P., Tremont Arbitrage Fund-Ireland and Tremont Strategic Insurance Fund, L.P.*

3

_____
Robert N. Cappucci
rcappucci@Entwistle-Law.com
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, NY 10017
(212) 894-7200

*Co-Lead Counsel for Plaintiffs
in the State Law Actions*


_____
Jeffrey M. Haber
haber@bernlieb.com
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414

*Lead Counsel for Plaintiffs
in the Securities Actions*


_____
David A. Rosenfeld
DRosenfeld@rgrdlaw.com
Edward Y. Kroub
EKroub@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Co-Lead Counsel for Plaintiffs
in the Insurance Actions*

SO ORDERED

_____
United States District Court Judge

9/12/12

4