N.Y.S.D. Case # 08-cv-11117(TPG)

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand and thirteen.

_____

In Re: Tremont Securities Law, State Law and Insurance Litigation

_____

**ORDER**

Docket No. 11-3899(L)

IT IS HEREBY ORDERED that the motion by appellant Orloff Family Trust for voluntary dismissal of the appeal, pursuant to FRAP 42(b), is GRANTED. The appeal shall proceed with respect to the remaining appellants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 13, 2013

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/13/2013