USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/27/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION

Master File No.

08 Civ. 11117

F. DANIEL PRICKETT,

Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY, TREMONT PARTNERS, INC., ET AL.,

Defendants.

09 Civ. 557

09 Civ. 3137

**ORDER**

The court's order granting defendants' motion to dismiss, document number 70 in case number 09 Civ. 03137, also resolved the motion listed as document number 56 in case number 09 Civ. 03137.

So ordered.

Dated: New York, New York
August 27, 2013

Thomas P. Griesa
United States District Judge